# United States Bankruptcy Court
## Northern District of California

In re **Doyle D. Heaton**
**Mary K. Heaton**
_____
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AICCO, Inc. 101 Hudson Street Jersey City, NJ 07302 | AICCO, Inc. 101 Hudson Street Jersey City, NJ 07302 T: 877-902-4242 / F: 201-631-5599 | Finance Agreement | | 83,641.00 |
| American Motorists Insurance Company c/o Jenkins Athens 2552 Stanwell Drive Concord, CA 94520 | Kathy Beck American Motorists Insurance Company c/o Jenkins Athens 2552 Stanwell Drive Concord, CA 94520 T: 925-822-9036 / F: 925-609-5363 | Performance Bond | Contingent | 200,000.00 |
| Bank of Marin 504 Redwood Blvd. Suite 100 Novato, CA 94947 | Linda Steidle Bank of Marin 504 Redwood Blvd. Suite 100 Novato, CA 94947 T: 415-884-5352 / F: 415-884-4754 | Personal Guaranty [1] | Contingent | 7,099,107.00 |
| CBIC PO Box 9271 Seattle, WA 98109 | Laura Piispanen CBIC PO Box 9271 Seattle, WA 98109 T: 800-765-2242 / F: 800-950-1558 | Surety Bond | Contingent | 127,500.00 |
| Central Pacific Bank 1420 Rocky Ridge Drive Suite 250 Roseville, CA 95661 | Doug Anderson Central Pacific Bank 1420 Rocky Ridge Drive Suite 250 Roseville, CA 95661 T: 916-878-4905 / F: 916-780-2626 | Personal Guaranty [1] | Contingent | 3,038,328.00 |
| City National Bank 10801 West Charleston Blvd. Suite 250 Las Vegas, NV 89135 | Jane McKelvie City National Bank 10801 West Charleston Blvd. Suite 250 Las Vegas, NV 89135 T: 702-952-4485 / F: 702-952-4437 | Line of Credit | | 391,915.00 |

[1] Personal guaranty obligations listed above reflect the Debtor(s)' total potential exposure.  The underlying obligations guaranteed by the Debtor(s), however, are secured in some cases by real estate assets owned by various affiliated non-debtor entities.  The Debtor(s) anticipate that any deficiency claims on account of the Debtor(s) guarantee obligations will be significantly reduced from the gross amounts set forth above.

In re   **Doyle D. Heaton**
       **Mary K. Heaton**                                 Case No.  _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **CV Anthony II, LLC**<br>**2 Ranch Road**<br>**Novato, CA 94945** | **Dan Morgan**<br>**CV Anthony II, LLC**<br>**2 Ranch Road**<br>**Novato, CA 94945**<br>**T: 415-899-1962 / F: 415-899-1292** | **Promissory Note -**<br>**$827,612**<br>**Plus disputed**<br>**litigation claims** | **Disputed** | **827,612.00** |
| **Donna Goldberg**<br>**8123 Brittany Drive**<br>**Dublin, CA 94568** | **Donna Goldberg**<br>**8123 Brittany Drive**<br>**Dublin, CA 94568**<br>**T: 925-352-6830** | **Sales Contract** | **Contingent** | **200,000.00** |
| **Exchange Bank**<br>**545 Fourth Street**<br>**Santa Rosa, CA 95401** | **Audrey Norman**<br>**Exchange Bank**<br>**545 Fourth Street**<br>**Santa Rosa, CA 95401**<br>**T: 707-524-3253 / F: 707-545-6827** | **Personal**<br>**Guaranty/Litigation** | **Contingent**<br>**Disputed** | **353,594.00** |
| **First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596** | **Andrea Head**<br>**First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596**<br>**T: 925-932-9393x240 F: 925-932-6765** | **Personal Guaranty[1]**<br>**(contingent) -**<br>**$14,321,563**<br>**Line of Credit -**<br>**$106,206** | **Contingent** | **14,427,769.00** |
| **Foundation Bank**<br>**1110 N.E. 112th Ave.**<br>**Suite 200**<br>**Bellevue, WA 98004** | **Curtis Drury**<br>**Foundation Bank**<br>**1110 N.E. 112th Ave.**<br>**Suite 200**<br>**Bellevue, WA 98004**<br>**T: 425-691-5058 / F: 425-691-5002** | **Personal Guaranty[1]** | **Contingent** | **4,000,000.00** |
| **Gonsalves and Santucci, Inc.**<br>**5141 Commercial Circle**<br>**Concord, CA 94520** | **Mariah Garcia**<br>**Gonsalves and Santucci, Inc.**<br>**5141 Commercial Circle**<br>**Concord, CA 94520**<br>**T: 925-685-6799 / F: 925-685-6851** | **Promissory Note** | **Contingent** | **84,440.00** |
| **Home Street Bank**<br>**2000 Two Union Square**<br>**601 Union Street**<br>**Seattle, WA 98101** | **Bob Pascal**<br>**Home Street Bank**<br>**2000 Two Union Square**<br>**601 Union Street**<br>**Seattle, WA 98101**<br>**T: 206-515-2290 / F: 206-621-3319** | **Personal Guaranty[1]** | **Contingent** | **4,911,798.00** |
| **Jan Berkompas**<br>**1065 Gill Port Lane**<br>**Walnut Creek, CA 94598** | **Jan Berkompas**<br>**1065 Gill Port Lane**<br>**Walnut Creek, CA 94598**<br>**T: 925-933-6978** | **Promissory Note** | **Contingent** | **400,000.00** |
| **John & Andrea Barella**<br>**431 Payran Street**<br>**Petaluma, CA 94953** | **John & Andrea Barella**<br>**431 Payran Street**<br>**Petaluma, CA 94953**<br>**T: 707-763-2891 / F: 707-765-6432** | **Promissory Note** | **Contingent** | **762,691.00** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

[1] Personal guaranty obligations listed above reflect the Debtor(s)' total potential exposure. The underlying obligations guaranteed by the Debtor(s), however, are secured in some cases by real estate assets owned by various affiliated non-debtor entities. The Debtor(s) anticipate that any deficiency claims on account of the Debtor(s)' guaranty obligations will be significantly reduced from the gross amounts set forth above.

B4 (Official Form 4) (12/07) - Cont.

In re    **Doyle D. Heaton**
     **Mary K. Heaton**                               Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Meadow Creek Group, LLC<br>1500 Willow Pass Court<br>Concord, CA 94520 | Dave Sanson<br>Meadow Creek Group, LLC<br>1500 Willow Pass Court<br>Concord, CA 94520<br>T: 925-685-0110 / F: 925-685-0660 | Promissory Note | Contingent | 93,348.00 |
| Mechanics Bank<br>1333 N. California Blvd.<br>Suite 600<br>Walnut Creek, CA 94596 | John Wells<br>Mechanics Bank<br>1333 N. California Blvd.<br>Suite 600<br>Walnut Creek, CA 94596<br>T: 925-256-3010 / F: 925-938-6580 | Unsecured Loan | | 388,563.00 |
| Michael J. Goldfarb<br>Enterprises, LLC<br>600 University Street<br>Suite 2912<br>Seattle, WA 98101 | Michael J. Goldfarb<br>Michael J. Goldfarb Enterprises, LLC<br>600 University Street<br>Suite 2912<br>Seattle, WA 98101<br>T: 206-346-9500 | Promissory Note | Contingent | 500,000.00 |
| Regal Bank<br>10655 N.E. 4th Street<br>Suite 800<br>Bellevue, WA 98004 | Debbie Yazici<br>Regal Bank<br>10655 N.E. 4th Street<br>Suite 800<br>Bellevue, WA 98004<br>T: 206-621-9116 / F: 206-679-5127 | Personal Guaranty [1] | Contingent | 6,359,434.00 |
| Wells Fargo Bank<br>600 California Street<br>San Francisco, CA 94108 | Ryan Stark<br>Wells Fargo Bank<br>600 California Street<br>San Francisco, CA 94108<br>T: 415-369-0489 / F: 415-975-7993 | Personal Guaranty [1] | Contingent | 63,949,071.00 |

[1] Personal guaranty obligations listed above reflect the Debtor(s)' total potential exposure. The underlying obligations guaranteed by the Debtor(s), however, are secured in some cases by real estate assets owned by various affiliated non-debtor entities. The Debtor(s) anticipate that any deficiency claims on account of the Debtor(s) guarantee obligations will be significantly reduced from the gross amounts set forth above.

# United States Bankruptcy Court
## Northern District of California

In re    **Doyle D. Heaton**
      **Mary K. Heaton** _____
                             Debtor(s)

Case No. _____

Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Doyle D. Heaton** and **Mary K. Heaton**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    1/11/10 _____

Signature _____
**Doyle D. Heaton**
Debtor

Date    1/11/10 _____

Signature _____
**Mary K. Heaton**
Joint Debtor

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy