# EXHIBIT A

# BIOGRAPHICAL SKETCHES OF ATTORNEYS OF
# PACHULSKI STANG ZIEHL & JONES LLP
## *(SAN FRANCISCO OFFICE)*

## ATTORNEYS

### David M. Bertenthal

Mr. Bertenthal has substantial experience representing debtors, unsecured creditors, and secured creditors in chapter 11 cases and out-of-court restructurings. He also has substantial experience in non-bankruptcy commercial litigation and transactional matters. He is a graduate of Cornell University and got his J.D. from Hastings College of the Law. Mr. Bertenthal is admitted to practice in California and is a resident in our San Francisco office.
Representations

   * Chapter 11 debtors: Redback Networks; AgribioTech; Adaptive Broadband; Global Home Products
   * Transactional/corporate: Mitsumi Electronics Corporation

### Kenneth H. Brown

Mr. Brown has extensive experience in bankruptcy and commercial litigation. He has represented debtors, unsecured creditors, secured creditors, insurers, creditors' committees, and trustees in complex Chapter 11 and Chapter 15 cases and in related litigation in both state and federal court, including defending employers in WARN class action litigation. Mr. Brown also has extensive experience representing professional firms and their principals in dissolutions and bankruptcies. He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings College of the Law, where he was articles editor for the Hastings Law Journal. Mr. Brown is a former member of the State Bar of California Business Law Section Subcommittee on Debtor/Creditor Relations and Bankruptcy and frequently serves as a mediator for the Bankruptcy Dispute Resolution Program for the Northern District of California and the San Francisco Bar Association. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Brown is admitted to practice in California and is a resident in our San Francisco office.
Professional Affiliations

   * Director, Bay Area Bankruptcy Forum (2001-).
   * Mediator, San Francisco Bar Association, Early Settlement Program (1997-2003).
   * Bankruptcy Dispute Resolution Program, United States Bankruptcy Court for the Northern District of California (1994-).
   * Member, State Bar of California Business Law Section Debtor/Creditor Committee (1999-2002).

Publications

   * "Discovery in Debt Collection Actions," in Debt Collection Practice in California (2d ed. 2000).

* "Tenants in Distress: Pitfalls and Opportunities for the Retail Landlord," Shopping Center Business (1998).
* "Law Firm Break-Ups and Bankruptcies," 3 Legal Malpractice Report (No. 2 1992).
* Co-author, "Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter 15," 27 ABI Journal No. 3 at 26 (April 2008).
* Co-author, "Dissolutions of Professional Firms Under State Law," in program materials for the Third Annual Northwest Bankruptcy Institute (1989).

Programs and Lectures

* Lecturer, Association of Insolvency & Restructuring Advisors; Bar Association of San Francisco; Santa Clara County Bar Association.

Representations

* Law firm bankruptcies: Brobeck, Phleger & Harrison; Heller Ehrman LLP.

Events

* The Forgotten Faces: Employment Issues in Bankruptcy

Publications

- Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter 15

## Werner Disse

Mr. Disse has extensive experience representing debtors, committees, and all other constituencies in chapter 11 cases. He is a graduate of Stanford University and Oxford University, where he was a Rhodes Scholar, and received his LL.M. from New York University. Mr. Disse is admitted to practice in New York (inactive) and California.
News

- S&B Surgery Center Plan Confirmed

## John D. Fiero

Mr. Fiero's practice focuses on the representation of debtors and committees in complex chapter 11 cases. In more than twenty years of practice, he has litigated insolvency cases in courtrooms across the nation and has lectured on topics ranging from loan fraud to bankruptcy ethics to chapter 11 sale procedures. Mr. Fiero is a graduate of the University of Massachusetts at Amherst and received his J.D. from Hastings College of the Law, where he was associate note editor for the Hastings Journal of Communications and Entertainment Law. In each of the last four years, he has been named as a Super Lawyer by San Francisco Magazine. He is admitted to practice in California and is resident in our San Francisco office.
Professional Affiliations

* Member, United States Bankruptcy Court for the Northern District of California Bench-Bar Liaison Committee (2006 - 2009).
* Chair, American Bar Association Real Property Section Litigation and Dispute Resolution Committee (1998-2000).

Representations

* Chapter 11 debtors: ManagedStorage International (Delaware); Heller Ehrman LLP (San Francisco); Tri Valley Growers (Oakland); Webvan (Delaware).
* Creditors' committees in Carinalli (Santa Rosa); Humboldt Creamery LLC (Santa Rosa); Pacific Lumber Company (Corpus Christi); The Billing Resource (San Jose); Prediwave Corporation (Oakland); Crescent Jewelers (Oakland); Northpoint Communications (San Francisco); Adesta Communications (Omaha); WinFirst (Denver).
* Trade creditors' committee in Metricom (San Jose).

News

* Pachulski Stang Hired to Represent Creditors in Circuit City Chapter 11 Case
* Bankruptcy Judge Rules on Ownership of Property in Catholic Diocese Bankruptcy Case

**Joshua M. Fried**

Mr. Fried has represented chapter 11 debtors, creditors' committees, and companies in out-of-court workouts and restructurings. Mr. Fried is a graduate of Rutgers University, received his J.D. magna cum laude from Pepperdine School of Law, and an MBA from Cal State Northridge. Mr. Fried is admitted to practice in California and New York, and is a resident in our San Francisco office.

Publications

* Co-author, "Financing the Debtor in Possession," in Norton Bankruptcy Law & Practice (3d ed.).
* Co-author, "Measuring Anticompetitive Effects of Mergers When Buyer Power Is Concentrated," 79 Texas Law Review 6 (2001).

Representations

- Chapter 11 debtors: Global Motorsport Group; Western Nonwovens; NetEffect; Global Home Products; Aegis Mortgage; Mortgage Lenders Network; Yipes Communications; Fresh Choice; Redback Networks; PG&E (parent of chapter 11 debtor Pacific Gas & Electric Company).

**Debra Grassgreen**

Ms. Grassgreen has been a partner in the firm since 1997 and has significant experience representing debtors, trustees, and creditors' committees in chapter 11 cases nationwide. Ms.

Grassgreen is an author and frequent speaker on various bankruptcy-related topics including the treatment of intellectual property rights in bankruptcy, the interplay of real estate and bankruptcy, entertainment-related bankruptcy issues, issues in hi-tech bankruptcy cases and first-day orders.

Ms. Grassgreen is listed among "Best Lawyers in America" and "San Francisco's Best Lawyers for her work in bankruptcy and creditor-debtor rights law, and was recently inducted into the American College of Bankruptcy. Ms. Grassgreen is a graduate of the University of Florida, where she also received her J.D., and is admitted to practice in Florida as well as California. Ms. Grassgreen is a resident in our San Francisco office, having previously resided in our Los Angeles office.

Professional Affiliations

* Fellow, American College of Bankruptcy (inducted 2008).
* Co-chair, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-)
* Member, American Bar Association Business Law Section Legislation Subcommittee (2000-).
* Member, Florida Bar Association Business Law Section Bankruptcy/UCC Committee (1992-).

Publications

* Co-author with M. Litvak: First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case (ABI 2d ed. 2006)(sole author of 1st ed. 2003).
* Author: "Individual Chapter 11 Cases After BAPCPA: What Happened to the "Fresh Start"? 2006 Annual Survey of Bankruptcy Law 309 (West 2006).
* "Property of the Estate," in Understanding the Basics of Bankruptcy & Reorganization 2005, 880 PLI/Comm 145 (2005).
* "Sale of Assets," in Understanding the Basics of Bankruptcy & Reorganization 2005, 880 PLI/Comm 249 (2005).
* "Rejection, Assumption and Asignment of Real Estate Leases Generally," in Impact of Bankruptcy on Real Property Transactions (Cal. Cont. Ed. of the Bar 2003).

Programs and Lectures

* Practising Law Institute, American Bankruptcy Institute, State Bar of California, Beverly Hills Bar Association, American Bar Association, Bar Association of San Francisco, University of Florida College of Law, California Continuing Education of the Bar.

Representations

* Individual chapter 11 debtors: Boxer Mike Tyson; Grammy-award winning singer Toni Braxton; the trustee for Ronald Isley of the Isley Brothers.
* Chapter 11 debtors in MagnaChip Semiconductor; Dunmore Homes, Woodside Homes; Webvan Group; Pacific Crossing Limited (subsidiary of Global Crossing); Laura West

Enterprises; RBX Industries; Clarent Corporation; Breed Technologies; TCW/Camil Holdings; Sleepmaster Corporation; Sizzler International; Fresh Choice; conflicts counsel in Chrysler Corporation; conflicts counsel in Dana Corporation; chapter 11 trustee in Le-Nature's, Inc.
 * Receivership: Former San Francisco Mayor Art Agnos as receiver of the SF Housing Authority.
 * Creditors' committees in Suge Knight/Death Row Records; Landsource Communities Development; Flying J, Inc.
 * Lender/plan sponsor in PacWest Funding Corporation (Columbia Ventures Corporation).

News

 * Two Pachulski Lawyers Named "San Francisco's Best Lawyers"
 * PSZJ Atttorneys Among Best Lawyers in America
 * Debra Grassgreen Inducted Into American College of Bankruptcy

Events

 * Business Law Update
 * High-income Individuals: Chapter 11 by and for the People
 * Financing and Sale of Encumbered Property

Publications

- Individual Chapter 11 Cases After BAPCPA

### Gail S. Greenwood

Ms. Greenwood specializes in bankruptcy-related litigation. She has over fifteen years of civil litigation and bankruptcy experience, including representation of chapter 11 trustees, debtors, creditors, and creditors' committees in significant business bankruptcies. Ms. Greenwood has won summary judgments in defense of multi-million dollar preference and fraudulent transfer claims. She has also successfully prosecuted state-court fraud and alter-ego claims against a series of ever changing private entities and state-court claims for commercial lender liability and breach of fiduciary duty against a large national bank. Ms. Greenwood is a magna cum laude graduate of Amherst College and received her J.D. from UCLA School of Law, where she was editor of the Environmental Law Journal. She is admitted to practice in California and is a resident of our San Francisco office.
Professional Affiliations

- Member, International Women's Insolvency & Restructuring Confederation (IWIRC).

### Celine M. Guillou

Ms. Guillou has represented domestic and foreign institutions and individuals in business and commercial litigation matters, including contract claims, business-tort actions, partnership

disputes, and unfair-competition actions. She is a graduate of the University of Paris School of Law and received her J.D. from Columbia University School of Law, where she served as an editor for the Columbia-VLA Journal of Law and the Arts. Ms. Guillou is admitted to practice in California and is a resident in our San Francisco office.

Publications

- "The Reverse Engineering of Computer Software in Europe and the United States: A Comparative Approach," 22 Columbia - VLA Journal of Law & the Arts 533 (1998).

**Henry C. Kevane**

Mr. Kevane is the managing partner of the firm's San Francisco office. He has worked on transactional and bankruptcy matters with clients from a variety of industries, and is listed among the "Best Lawyers in America" and "San Francisco's Best Lawyers for his work in bankruptcy and creditor-debtor rights law. He is a graduate of Brown University and received his J.D. from Southwestern University School of Law, where he was editor in chief of the Southwestern University Law Review. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Kevane is admitted to practice in California.

Professional Affiliations

   * Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999).
   * Chair, State Bar of California Committee on Federal Courts (1996-2001).

Publications

   * "Fee Shifting by (1) Oversecured Creditors in Bankruptcy Cases & (2) Prevailing Parties in Civil Litigation," published in course handbook Getting Paid What You Are Worth (1996).
   * "Legislative Solutions in the Orange County Chapter 9 Case," published in course handbook, The Aftermath of Bankruptcy: Legislative Reform -- State and Federal (1996).
   * "The Treatment of Financing Leases in a Chapter 9 Bankruptcy Case," in AGL & F Tax-Exempt Leasing Letter (1996).
   * "The Legislative Side of the Orange County Chapter 9 Case" for Sacramento County Bar Association (1996).
   * "Now What? Three Questions Facing the Municipal Bondholder Upon Commencement of a Chapter 9 Case," published in course handbook, Municipal Bond Law for the Bankruptcy Practitioner (1996).
   * "The Newsgatherer's Shield: Why Waste Space in the California Constitution?" 15 Southwestern University Law Review 527 (1985).
   * Co-Author with W. Weintraub, "Principles of Equitable Subordination Under Section 510 of the Bankruptcy Code," in Selected Issues in Bankruptcy Practice (1991).
   * Contributing Author, Bankruptcy Law Practice: Recent Developments (1992-1998).

Representations

* Creditors' committees in SeraCare Life Sciences; Guy F. Atkinson; the Orange County chapter 9 case; America West Airlines
* Chapter 11 debtors in Deltagen; Yipes Communications; E/O Networks; Worlds of Wonder.
* Participated in the municipal restructuring of the Heffernan Memorial Hospital District (chapter 9 debtor located in Calexico, California).

News

* Two Pachulski Lawyers Named "San Francisco's Best Lawyers"
* PSZJ Atttorneys Among Best Lawyers in America

Events

- Opportunities & Exploitation in Troubled Times and in Bankruptcy

**Miriam Khatiblou**

Ms. Khatiblou has 10 years of experience representing debtors, creditors, and trustees in various aspects of insolvency proceedings including acquisitions, divestitures, and litigation. She is a graduate of University of California at Berkeley and received her J.D. from the University of San Francisco School of Law. She has held leadership positions with the San Francisco Bar Association and is a dedicated community volunteer. Ms. Khatiblou is admitted to practice in California and a resident of our San Francisco office.
Professional Affiliations

* Board Member, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-).
* Chair and Vice-Chair, Bar Association of San Francisco, Bankruptcy and Commercial Law Section (2005-2006).

**Maxim B. Litvak**

Mr. Litvak specializes in bankruptcy and restructuring matters. He has represented debtors, trustees, creditors, and creditors' committees in numerous bankruptcy cases and out-of-court restructurings. He has authored a number of papers on insolvency issues and has lectured at various seminars and bar association meetings. Mr. Litvak is a graduate of UC Berkeley and received his J.D. from Duke University. He is admitted to practice in Texas and California, and speaks fluent Russian. Mr. Litvak is a resident in our San Francisco office.
Professional Affiliations

* Turnaround Management Association, Northern California Chapter (Membership Committee, 2007-08; Secretary, 2004-07).

Publications

* Co-Author with D. Grassgreen: First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case (ABI 2d ed. 2006).
* Author, "What Does an Insider Have to Do to Make a Buck? A Commentary on the Recent Revisions to Section 503 of the Bankruptcy Code Limiting the Approval of Retention, Severance and Other Bonus Compensation to Insiders," in Bankruptcy Reform 2005 at 63 (LRP Publications 2005).
* Author, "Retention and Compensation of Investment Bankers in Bankruptcy Cases," 23 American Bankruptcy Institute Journal 30 (April 2004).
* Contributing editor, Norton Bankruptcy Law & Practice (2006 - present).

Programs and Lectures

* Bar Association of San Francisco, American Bar Association.

Representations

* Chapter 11 debtors including Woodside Group, Nellson Nutraceutical, Proxim Corporation, Sydran Services, Deltagen, General Magic, Steel Heddle Group, and Quokka Sports.
* Creditors' committees including Humboldt Creamery LLC; Pacific Lumber, SeraCare, West Contra Costa Healthcare District, At Home Corporation, Software Logistics Corporation, and FiNet.com.

**John W. Lucas**

Mr. Lucas has represented debtors and creditors in chapter 11 cases and companies in out-of-court restructurings. Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the Oregon Law Review. Mr. Lucas is admitted to practice in New York and is a resident in our San Francisco office.

Publications

* Co-Author, "The Role and Retention of the Chief Restructuring Officer," in The Americas Restructuring and Insolvency Guide (2008/2009).
* "The Article 9 Buyer's Seller Rule & The Justification For Its Harsh Effects," 83 Oregon Law Review 289 (2004).

Representations

* Chapter 11 debtors Lehman Brothers Holdings Inc., Lexington Precision Corporation, and Silicon Graphics, Inc.
* Indenture trustee in Calpine Corporation.
* Bondholders in Portrait Corporations of America.
* Out-of-court restructurings of Security Capital Assurance Ltd. and a professional sports franchise.

**Pamela E. Singer**

Ms. Singer has represented debtors, trustees, and creditors in numerous chapter 11 bankruptcy cases in many industries, including real estate, retail, food processing, manufacturing, and high tech. She has handled the entire range of litigation matters that arise in bankruptcy cases. Ms. Singer is a graduate of Dartmouth College and received her J.D. from Cornell Law School. She also attended Leningrad State University and speaks Russian. She holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Ms. Singer is admitted to practice in Oregon and California, and is a resident in our San Francisco office.

Professional Affiliations

* Board of Directors, International Womens Insolvency & Restructuring Confederation
* Member, Financial Womens Association
* Member, Dartmouth Lawyers Association
* Board of Directors, Alliance Française San Francisco

Publications

* "New Meaning of Ordinary: Anything Short of Extraordinary," 13 Bankruptcy Litigation 1 (Winter/Spring 2006).
* "BAPCPA Headaches Await," 19 BCD Weekly News & Comment No. 19 at 5 (Jan. 10, 2006)(comment on section 547 amendments).
* "Equitable Subordination in Bankruptcy," 6 For the District of Oregon 2 (Federal Bar Ass'n, Oregon Chapter; Fall 2001).

News

* Pachulski Stang Selected as Committee Counsel in Jesuit Chapter 11