# EXHIBIT A

# Biography – Steven T. Huntley

During 20 years as a specialist in turnarounds and workouts, Steve Huntley has personally restructured more than $3 billion in corporate debt and real estate leases. During the last two years at HMS, he has successfully negotiated more than $1 billion in loan modifications and guaranty settlements for over 40 financial institutions nationwide. Steve has helped restructure many public and private entities in Chapter 11 reorganizations, particularly in retail, restaurant and real estate. During the 1980s and 1990s, as the president and CEO of The Cook Company; Steve engineered the turnaround of its $120 million real estate portfolio. Prior to that, he led the successful turnaround of Princeton Real Estate Group, an $80 million retail and residential development company. During eight years as President of Triton Financial Corporation, Steve concluded over $500 million in equity and debt transactions. He also served as president of two joint ventures that exceeded $50 million, one with Crocker Bank and the other with American Savings. As Steve mastered the complex field of corporate turnarounds, he built a reputation as a negotiator with few peers.

**Professional activities:**
Licensed California Real Estate Broker; member, International Council of Shopping Centers

**Education:**
University of California, Los Angeles, MBA; California State University, Long Beach, BA

**What makes us different:** "We believe in being tough on the issues—but not on the people. We stay professional, calm and straightforward with people on both sides of the bargaining table, while aggressively attacking each problem. This approach enables us to evaluate every conceivable option or alternative and then pursue the most cost-effective solution for our client. We consciously create an environment that keeps everyone focused on moving forward."



Huntley, Mullaney,
Spargo & Sullivan, LLC
Financial Restructuring

DOCS_SF:69522.1
Case: 10-40297   Doc# 7-1   Filed: 01/12/10   Entered: 01/12/10 16:12:29   Page 2 of 2