Entered on Docket
January 21, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 20, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
         mlitvak@pszjlaw.com

[Proposed] Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and**<br>**MARY K. HEATON,**<br><br>          Debtors. | Case No.: 10-40297<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTORS**<br><br>[No Hearing Required] |

The Court has considered the *Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel to the Debtors* (the "Application") and the Declaration of Maxim B. Litvak in support thereof. It appears that Pachulski Stang Ziehl & Jones LLP (the "Firm") does not hold or represent any interest adverse to the estate, that the Firm is a disinterested person, and that its employment is in the best interest of the estate. It further appears that due and sufficient notice of the Application has been given under the circumstances and that no hearing on the Application is required. Based on the record before the Court, and after due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1.   The Application is GRANTED.

2. The Debtors are authorized to employ the Firm as their general bankruptcy counsel, effective as of the commencement of this case, under section 327(a) of the Bankruptcy Code, on the terms set forth more fully in the Application.

3. The Debtors are authorized to compensate the Firm in accordance with sections 330 and 331 of the Bankruptcy Code as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code, in such amounts and at such times as the Court may hereafter determine and allow.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Debtors<br>Doyle D. & Mary K. Heaton |
| 3 | 3480 Buskirk Avenue<br>Suite 260 |
| 4 | Pleasant Hill, CA 94523 |
| 5 | Office of the US Trustee<br>1301 Clay Street |
| 6 | Suite 690N<br>Oakland, CA 94612-5217 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA