Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>　　　　　Debtors. | Case No.: 10-40297<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
CITY OF SAN FRANCISCO      )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On January 22, 2010, I caused to be served the

**MOTION OF DEBTORS FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEBTORS FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**DECLARATION OF DOYLE D. HEATON IN SUPPORT OF MOTION OF DEBTORS FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**NOTICE OF MOTION OF DEBTORS FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**[PROPOSED] ORDER AUTHORIZING DEBTORS TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on January 22, 2010, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

| Debtors<br>Doyle D. & Mary K. Heaton<br>3480 Buskirk Avenue<br>Suite 260<br>Pleasant Hill, CA 94523 | Office of the US Trustee<br>1301 Clay Street<br>Suite 690N<br>Oakland, CA 94612-5217 | Counsel for Citibank<br>James C. Williams, Esq.<br>Davis Wright & Tremaine LLP<br>505 Montgomery St., Ste 800<br>San Francisco, CA 94111 |
|---|---|---|
| Counsel for Citibank<br>John P. Lecrone, Esq.<br>Davis Wright & Tremaine LLP<br>865 S. Figueroa St., Ste 2400<br>Los Angeles, CA 90017-2566 | Counsel for Bank of Marin<br>Neil J. Rubenstein, Esq.<br>Robert Izmirian, Esq.<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2102 | Counsel for Exchange Bank<br>Jen Klose, Esq.<br>Abbey Weitzenberg Warren & Emery PC<br>100 Stony Point Road, Suite 200<br>Santa Rosa, CA 95401 |
| Counsel for Wells Fargo Bank<br>Robert A. Trodella, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Counsel for CV Anthony II<br>Steven A. Simontacchi, Esq.<br>Phillips, Downs & Simontacchi LLP<br>55 Shaver Street, Ste 330<br>San Rafael, CA 94901 | |
| **LIST OF 20 LARGEST UNSECURED CREDITORS** | | |
| AICCO, Inc.<br>101 Hudson Street<br>Jersey City, NJ 07302 | Donna Goldberg<br>8123 Brittany Drive<br>Dublin, CA 94568 | Jan Berkompas<br>1065 Gill Port Lane<br>Walnut Creek, CA 94598 |
| Laura Piispanen<br>CBIC<br>PO Box 9271<br>Seattle, WA 98109 | Dan Morgan<br>CV Anthony II, LLC<br>2 Ranch Road<br>Novato, CA 94945 | Doug Anderson<br>Central Pacific Bank<br>1420 Rocky Ridge Drive<br>Suite 250<br>Roseville, CA 95661 |
| Jane McKelvie<br>City National Bank<br>10801 West Charleston Blvd.<br>Suite 250<br>Las Vegas, NV 89135 | Kathy Beck<br>American Motorists Insurance Co.<br>c/o Jenkins Athens<br>2552 Stanwell Drive<br>Concord, CA 94520 | Curtis Drury<br>Foundation Bank<br>1110 N.E. 112th Ave.<br>Suite 200<br>Bellevue, WA 98004 |
| Andrea Head<br>First Republic Bank<br>1400 Civic Drive<br>Walnut Creek, CA 94596 | Audrey Norman<br>Exchange Bank<br>545 Fourth Street<br>Santa Rosa, CA 95401 | Mariah Garcia<br>Gonsalves and Santucci, Inc.<br>5141 Commercial Circle<br>Concord, CA 94520 |
| Dave Sanson<br>Meadow Creek Group, LLC<br>1500 Willow Pass Court<br>Concord, CA 94520 | Linda Steidle<br>Bank of Marin<br>504 Redwood Blvd., Suite 100<br>Novato, CA 94947 | John & Andrea Barella<br>431 Payran Street<br>Petaluma, CA 94953 |
| Bob Pascal<br>Home Street Bank<br>2000 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 | John Wells<br>Mechanics Bank<br>1333 N. California Blvd.<br>Suite 600<br>Walnut Creek, CA 94596 | Michael J. Goldfarb<br>Michael J. Goldfarb Enterprises<br>600 University Street<br>Suite 2912<br>Seattle, WA 98101 |
| Debbie Yazici<br>Regal Bank<br>10655 N.E. 4th Street, Suite 800<br>Bellevue, WA 98004 | Ryan Stark<br>Wells Fargo Bank<br>600 California Street<br>San Francisco, CA 94108 | Evan Siemens<br>Mechanics Bank<br>725 Alfred Nobel Dr.,<br>Hercules, Ca., 94547 |
| **REQUEST FOR SPECIAL NOTICE** | | |
| **Attorneys for Creditor, First Republic Bank**<br>Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney Share & Hennigh LLP<br>26 Four Embarcadero Ctr, Ste 4000<br>San Francisco, CA 94111-4106 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA