Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297 EDJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF DEBTORS FOR AUTHORITY TO USE CASH COLLATERAL CONSISTING OF PROCEEDS FROM RENTAL PROPERTIES FOR LIMITED PURPOSES**<br><br>**Hearing Date:**<br><br>Date: March 4, 2010<br>Time: 2:30 p.m.<br>Place: Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612<br>Judge: Honorable Edward D. Jellen |

**PLEASE TAKE NOTICE** that on February 10, 2010, Doyle D. Heaton and Mary K. Heaton, a married couple (together, the "Debtors"), filed the *Motion of Debtors for Authority to Use Cash Collateral Consisting of Proceeds from Rental Properties for Limited Purposes* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **March 4, 2010 at 2:30 p.m.** (the "Hearing") before the Honorable Edward D. Jellen, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern

District of California, Courtroom 215, 1300 Clay Street, Oakland, CA 94612501.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1, any objection to the Motion must be filed and served upon counsel for the Debtors by no later than seven (7) days prior to the Hearing. Any objection to the Motion must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If there is no timely objection, the Court may grant the relief requested in the Motion by default without further notice or hearing.**

Dated: February 10, 2010        PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Maxim B. Litvak*
        Maxim B. Litvak
        Attorneys for Debtors
        and Debtors in Possession