Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
         mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 10-40297 |
| **DOYLE D. HEATON and MARY K. HEATON,** | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On February 18, 2010, I caused to be served the

**MOTION OF DEBTORS FOR ORDER LIMITING SCOPE OF NOTICE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEBTORS FOR ORDER LIMITING SCOPE OF NOTICE**

**NOTICE OF MOTION OF DEBTORS FOR ORDER LIMITING SCOPE OF NOTICE**

**[PROPOSED] ORDER LIMITING SCOPE OF NOTICE**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on February 18, 2010, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

| Debtors<br>Doyle D. & Mary K. Heaton<br>3480 Buskirk Avenue<br>Suite 260<br>Pleasant Hill, CA 94523 | Office of the US Trustee<br>1301 Clay Street<br>Suite 690N<br>Oakland, CA 94612-5217 | Counsel for Citibank<br>James C. Williams, Esq.<br>Davis Wright & Tremaine LLP<br>505 Montgomery St., Ste 800<br>San Francisco, CA 94111 |
|---|---|---|
| Counsel for Citibank<br>John P. Lecrone, Esq.<br>Davis Wright & Tremaine LLP<br>865 S. Figueroa St., Ste 2400<br>Los Angeles, CA 90017-2566 | Counsel for Exchange Bank<br>Jen Klose, Esq.<br>Abbey Weitzenberg Warren & Emery PC<br>100 Stony Point Road, Suite 200<br>Santa Rosa, CA 95401 | Counsel for Wells Fargo Bank<br>Robert A.Trodella, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| Counsel for CV Anthony II<br>Steven A. Simontacchi, Esq.<br>Phillips, Downs & Simontacchi LLP<br>55 Shaver Street, Ste 330<br>San Rafael, CA 94901 | | |
| **CREDITORS' COMMITTEE** | | |
| Dan Morgan<br>CV Anthony II, LLC<br>2 Ranch Road<br>Novato, CA 94945 | John and Andrea Barella<br>496 Jasmin Lane<br>Petaluma, CA 94592 | Donna Goldberg<br>8123 Brittany Drive<br>Dublin, CA 94568 |
| Mariah Garcia<br>Gonsalves and Santucci, Inc.<br>5141 Commercial Circle<br>Concord, CA 94520 | Dave Sanson<br>Meadow Creek Group, LLC<br>1500 Willow Pass Court<br>Concord, CA 94520 | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| Attorneys for Creditor, First Republic Bank<br>Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney Share & Hennigh LLP<br>26 Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106 | Attorneys for Bank of Marin<br>Neil J. Rubenstein, Esq.<br>Robert Izmirian, Esq.<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2102 | Attorneys for CV Anthony II, LLC, a California Limited Liability Company, its Assignees and/or Successors<br>c/o Spencer Scheer<br>Scheer Law Group, LLP<br>155 N. Redwood Drive, Suite 100<br>San Rafael, CA 94903 |
| Attorneys for BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP<br>Richard J. Bauer, Jr., Esq.<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1665 Scenic Avenue, Suite 200<br>Costa Mesa, CA 92626 | Kim Nuner, Bankruptcy Deputy<br>Nevada County Treasurer<br>Tax Collector's Office<br>P.O. Box 128<br>Nevada City, CA 95959 | Attorneys for JP Morgan Chase Bank, National Association and Aurora Loan Services, LLC<br>Christopher M. McDermott<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |
| Attorneys for HomeStreet Bank<br>Hillis Clark Martin & Peterson, P.S.<br>Attn: Joseph A.G. Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101 | Attorneys for Exchange Bank<br>Rachel K. Stevenson<br>Abbey, Weitzenberg, Warren & Emery<br>P.O. Box 1566<br>Santa Rosa, CA 95402-1566 | |