Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
        mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON** and<br>**MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF DEBTORS FOR ORDER LIMITING SCOPE OF NOTICE**<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that Doyle D. Heaton and Mary K. Heaton, a married couple (together, the "Debtors"), submit the *Motion of Debtors for Order Limiting Scope of Notice* (the "Motion")

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the annexed memorandum of points and authorities and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any objection to or request for hearing on the Motion must be filed and served upon the Debtors within twenty-one (21) days of the mailing of this Notice. Any objection or request for hearing must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If there is no timely objection or request for hearing, the Court may grant the relief requested in the Motion by default. If an objection or request for hearing is timely made, the Debtors will set the matter for hearing and will provide at least seven (7) days' written notice of the hearing to the objecting or requesting party.

| | | |
|---|---|---|
| 1 | Dated: February 18, 2010 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | By    */s/ Maxim B. Litvak*  <br> Maxim B. Litvak |
| 4 | | Attorneys for Debtors <br> and Debtors in Possession |