# United States Bankruptcy Court
## Northern District of California

In re    **Doyle D. Heaton,**
        **Mary K. Heaton**

                                 Debtors

Case No.    **10-40297**

Chapter         **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 11,955,000.00 | | |
| B - Personal Property | Yes | 12 | * 7,331,630.96 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 14 | | 13,228,027.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 66,435.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 118,661,304.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 60,198.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 60,185.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | | Total Assets | 19,286,630.96 | | |
| | | Total Liabilities | | 131,955,767.84 | |

** Includes assets held in Trust that do not constitute property of the Debtors' estate, but are included herein for disclosure purposes only.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Doyle D. Heaton,**
**Mary K. Heaton**
_____,
Debtors

Case No. **10-40297**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 6,860.00 |
| | | | **DRG Builders paycheck dated 12/31/09 (not yet deposited)** | H | 8,450.65 |
| | | | **CitiMortgage refund for payoff overpayment** | J | 240.67 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attachment B2 hereto for details** | H | 303,465.69 |
| | | | **See Attachment B2 hereto for details** | W | 147,185.71 |
| | | | **See Attachment B2 hereto for details** | J | 2,175.72 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings located at 2960 Cherry Lane, Walnut Creek, CA** | J | 30,000.00 |
| | | | **Miscellaneous household goods and furnishings located at 12916 Falcon Point Pl., Truckee, CA** | J | 20,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Miscellaneous clothing located at 2960 Cherry Lane, Walnut Creek, CA** | J | 12,000.00 |
| 7. | Furs and jewelry. | | **Miscellaneous jewelry located at 2960 Cherry Lane, Walnut Creek, CA** | J | 5,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 shotguns, 2 hunting rifles** | H | 7,000.00 |

Sub-Total > 542,378.44
(Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

In re **Doyle D. Heaton,**                 Case No.   **10-40297**
      **Mary K. Heaton**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Wachovia / Wells Fargo Investments IRA Account No. xxxx-0397 | H | 69,911.97 |
| | | Northrim Bank Roth IRA Account No. xxxx-xx3927 | W | 6,000.00 |
| | | Delco Builders and Developers, Inc. Profit Sharing Plan | H | 1,822,585.50 |
| | | Cash surrender value in Cigna whole life insurance policy No. 1976471 held under the Delco Builders and Development, Inc. Profit Sharing Plan | H | 139,732.94 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Wachovia / Wells Fargo Investments Stock Account No. xxxx-0455 | H | 24,391.97 |
| | | Wachovia / Wells Fargo Investment Stock Account No. xxxx-6352 | W | 11,337.46 |
| | | Cimarex Energy Stock - 1700 Lincoln Street, Ste 1800 Denver, CO | J | 38,800.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 48% membership interest in Adobe Partners, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 90% interest in Cherry Lane Associates, L.P. See Attachment B14 for a description of assets. | H | 0.00 |
| | ** | 29.958% membership interest in Clover DHDA, LLC. See Attachment B14 for a description of assets. (included in the Debtor's equity is a note assigned to Wells Fargo Bank in the amount of $825,000) | H | **\*\*$2,353,117 ( 200,000** |

```
** Estimated future value in two to three years assuming that land entitlement
process moves forward and real estate values recover
```

                                         Sub-Total >       **3,112,759.84**
                                       (Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re     **Doyle D. Heaton,**                           Case No.      **10-40297**
           **Mary K. Heaton**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 20% membership interest in Corona Road Associates, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 100% interest in Delco Builders and Developers, Inc. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 51% membership interest in DG&H Developers, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 45% membership interest in DRG Builders, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 100% membership interest in HWR, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 100% membership interest in Mardel, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| **\*\*** | | 20% membership interest in Oak Brook Partners II, LLC. See Attachment B14 for a description of assets. | H | 50,000.00 |
| | | 90% membership interest in Petaluma Ventures, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 100% interest in SCG Builders, Inc. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 95% membership interest in Sonoma-Napa Partners, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 18.388% membership interest in Walden Park Associates, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 51% membership interest in Washington Associates, LLC. See Attachment B14 for a description of assets. | H | 0.00 |
| | | 51% membership interests in Windsor Lofts, LLC (to be dissolved). See Attachment B14 for a description of assets. | H | 0.00 |

```
**Estimated value depending on outcome of pending arbitration proceedings and
disposition of property.
```

                                            Sub-Total >        **50,000.00**
                                         (Total of this page)

Sheet   **2**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re   **Doyle D. Heaton,**                                Case No.    **10-40297**

          **Mary K. Heaton**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note Receivable - Antinori Development, LLC in the principal amount of $1,476,830 (Obligor subject of pending Chapter 7 case) | H | 0.00 |
| | | Note Receivable - Josephine Parc, LLC in the principal amount of $603,126.22 (Obligor subject of pending Chapter 7 case) | H | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| \*\*20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.<br><br>**\*\*The Trusts listed herein and the assets of such Trusts do not constitute property of the Debtors' estate, but are provided here for disclosure purposes only.** | | Doyle D. Heaton and Mary K. Heaton Irrevocable Trust dated May 28, 1991. See Attachment B20 for a description of Trust Assets | J | 1,103,927.38 |
| | | Heaton Family Revocable Trust Dated February 6, 1986. See Attachment B20 for a description of Trust Assets | J | 28,200.78 |
| | | Doyle D. Heaton Alaska Trust dated September 24, 2008. See Attachment B20 for a description of Trust Assets | H | 649,099.57 |
| | | Mary K. Heaton Alaska Trust dated September 24, 2008. See Attachment B20 for a description of Trust Assets | W | 239,764.95 |
| | | Doyle D. Heaton Qualifed Personal Residence Trust Walnut Creek dated November, 2008. See Attachment B20 for a description of Trust Assets | H | 425,000.00 |
| | | Mary K. Heaton Personal Qualified Residence Trust Walnut Creek dated November, 2008. See Attachment B20 for a description of Trust Assets | W | 425,000.00 |

Sub-Total >     **2,870,992.68**
(Total of this page)

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re    **Doyle D. Heaton,**                              Case No.    **10-40297**
        **Mary K. Heaton**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Doyle D. Heaton Qualified Personal Residence Trust Truckee dated September 24, 2008.   See Attachment B20 for a description of Trust Assets** | H | **690,000.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Class B, California Contractor's License No. 386387** | H | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Lexus LX450 located at 12916 Falcon Pl. Truckee, CA** | J | **5,000.00** |
| | | **2003 Lexus LX470 located at 2960 Cherry Lane, Walnut Creek, CA** | J | **9,000.00** |
| | | **2004 Toyota Sienna located at 2960 Cherry Lane, Walnut Creek, CA** | J | **10,000.00** |
| | | **2005 Lexus SC430 located at 2960 Cherry Lane, Walnut Creek, CA** | J | **29,500.00** |
| 26. Boats, motors, and accessories. | | **2004 17' Lund Boat and trailer** | J | **12,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **755,500.00** |
| (Total of this page) | |

Sheet  **4**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  **Doyle D. Heaton,**
      **Mary K. Heaton**
_____ ,
              Debtors

Case No.  **10-40297**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| **35. Other personal property of any kind not already listed. Itemize. | | **Financial accounts for the benefit of Debtors' children.  See Attachment B35 for details.** | - | 0.00 |

```
** The accounts listed on Attachment B35 were created for the benefit of
the Debtors' minor children over 20 years ago and do not constitute
property of the Debtors' estate.  This information is provided for
disclosure purposes only.
```

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **7,337,630.96** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

| Bank Name | Account Type | Contact Person Name | Street Address | City | State | Zip Code | Telephone Number | Fax Number | Account Number | Account Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **DOYLE D. HEATON** | | | | | | | | | | |
| Wells Fargo Bank | Checking | Doug Palmer | 2001 N. Main Street, Suite 410 | Walnut Creek | CA | 94596 | 925-296-3605 | 866-494-2760 | xxxx-xx8037 | 957.17 |
| Wells Fargo Bank | Checking | Doug Palmer | 2001 N. Main Street, Suite 410 | Walnut Creek | CA | 94596 | 925-296-3605 | 866-494-2760 | xxxx-xx7729 | 0.00 |
| Bank of Marin | Money Market | Linda Steidle | 504 Redwood Blvd, Ste 100 | Novato | CA | 94947 | 415-884-5342 | 415-884-4754 | xxx2920 | 1,835.03 |
| Charles Schwab | Money Market | Douglas Kaminski | 100 Pringle Ave Ste 100 | Walnut Creek | CA | 94596 | 925-974-6904 | 925-974-2929 | xxxx-9175 | 1,084.09 |
| City National Bank | Secured CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx1334 | 0.00 |
| Heritage Bank | Checking | Cathy Raty | 300 Main Street | Pleasanton | CA | 94566 | 925-314-2894 | 925-314-2899 | xxxxx3252 | 0.07 |
| Northrim Bank | Checking | Nicole Jones | PO Box 241489 | Anchorage | AK | 99524-1489 | 907-261-3582 | 907-261-4611 | xxxxx48483 | 274,462.40 |
| Northrim Bank | Performance Index | Nicole Jones | PO Box 241489 | Anchorage | AK | 99524-1489 | 907-261-3582 | 907-261-4611 | xxxxxx9100 | 25,126.93 |
| | | | | | | | | | | **303,465.69** |
| **MARY K. HEATON** | | | | | | | | | | |
| Northrim Bank | (Antiques) Checking | Nicole Jones | PO Box 241489 | Anchorage | AK | 99524-1489 | 907-261-3582 | 907-261-4611 | xxxxxx7117 | 13,979.56 |
| Northrim Bank | Checking | Nicole Jones | PO Box 241489 | Anchorage | AK | 99524-1489 | 907-261-3582 | 907-261-4611 | xxxxxx7067 | 108,001.20 |
| Northrim Bank | CD | Nicole Jones | PO Box 241489 | Anchorage | AK | 99524-1489 | 907-261-3582 | 907-261-4611 | xxxxxx9261 | 5,158.30 |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx9373 | 13,066.60 |
| City National Bank | PERSONAL Savings | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx3884 | 3,635.36 |
| Wells Fargo Bank | PERSONAL (Dance Acct) | Doug Palmer | 2001 N. Main Street, Suite 410 | Walnut Creek | CA | 94596 | 925-296-3605 | 866-494-2760 | xxxx-xx8888 | -50.00 |
| Wells Fargo Bank | PERSONAL (Antiques Acct) | Doug Palmer | 2001 N. Main Street, Suite 410 | Walnut Creek | CA | 94596 | 925-296-3605 | 866-494-2760 | xxxx-xx8367 | 2,638.17 |
| Wells Fargo Bank | PERSONAL Savings | Doug Palmer | 2001 N. Main Street, Suite 410 | Walnut Creek | CA | 94596 | 925-296-3605 | 866-494-2760 | xxxx-xx3311 | 756.52 |
| | | | | | | | | | | **147,185.71** |
| **JOINT ACCOUNT** | | | | | | | | | | |
| Bank of America | Checking | n/a | PO Box 37176 | San Francisco | CA | 94137-0178 | 925-682-4644 | | xxxxx-x2190 | 1,031.62 |
| Bank of America | Savings | n/a | PO Box 37176 | San Francisco | CA | 94137-0178 | 925-682-4644 | | xxxxx-x2749 | 1,144.10 |
| | | | | | | | | | | **2,175.72** |

**AMENDED** Attachment B14 – Assets Owned by Partnerships or Joint Ventures

**Adobe Partners, LLC:**
Description:    Developer of Technology Lane Business Center (20 office/warehouse
                condominiums in Petaluma, CA).  Estimated fair market value is approximately
                $3,000,000.
Project Status: Construction of building is mostly completed.  9 of 20 units have been sold.
Lender:         Central Pacific Bank.  Current loan balance is approximately $3,038,328.  Project
                is currently in foreclosure proceedings.

**Cherry Lane & Associates, Ltd.**
Description:    Developer of various residential real estate projects.
Project Status: No current active projects
Lender:         No secured loans outstanding

**Clover DHDA LLC**
Description:    Developer of Riverdale ranch raw land parcels in Cloverdale, CA. 200+/-
                potential new homes.  Estimated fair market value is approximately $5,200,000.
Project Status: Project is currently seeking development approvals from City of Cloverdale.
Lender:         Seller financing. $5,925,000 approximately outstanding.

**Corona Road Associates LLC**
Description:    Developer of Corona Road raw land parcels in Petaluma, CA.  40+/- potential
                new homes.  Developer of N. McDowell Blvd raw land parcel in Petaluma, CA.
                Estimated fair market value is approximately $4,300,000.
Project Status: Project is currently seeking development approvals from City of Petaluma.
Lender:         Bank of Marin $4,454,924 approximately outstanding on Corona Road parcels.
                Exchange Bank $353,594 approximately outstanding on N. McDowell
                Blvd parcel.

**Delco Builders & Developers, Inc.**
Description:    Operator of a homebuilding company
                10% membership interest in Cherry Lane Associates, LLC
                10% membership interest in Petaluma Ventures, LLC
                5% membership interest in Sonoma-Napa Partners, LLC
Project Status: No current active projects
Lender:         No loans outstanding

**DG & H Developers LLC**
Description:    Developer of American Way raw land parcels in Windsor, CA.
Project Status: Raw land, no construction started. Estimated fair market value is approximately
                $1,600,000.
Lender:         Bank of Marin $1,525,807 approximately outstanding.

AMENDED Attachment B14 – Assets Owned by Partnerships or Joint Ventures

## DRG Builders Inc.

| | |
|---|---|
| Description: | Operator of a homebuilding company |
| Project Status: | Five currently active development projects owned by Mardel LLC, Sonoma-Napa Partners, LLC, HWR, LLC and Southgate Partners, LLC |
| Lender: | No loans outstanding |

## HWR LLC

| | |
|---|---|
| Description: | Developer of Highland Trail residential development in Hayward, CA. |
| Project Status: | 7 of 10 homes constructed, 5 sold.  Estimated fair market value is approximately $2,550,000. |
| Lender: | First Republic Bank $4,801,593 approximately outstanding |

## Mardel LLC

| | |
|---|---|
| Description: | Developer of Southgate phases 2&3 residential development in Petaluma, CA (138 homes) and Seven Hills residential development in Castro Valley, CA (16 homes). |
| | 100% membership interest in Del Nova, LLC |
| | 75% membership interest in Southgate Partners, LLC |
| Project Status: | Southgate:  55 homes completed, 49 sold.   Estimated fair market value for the Southgate II is $4,400,000 and for Southgate III is $5,200,000. |
| | Seven Hills:  8 homes completed, 8 under construction, 12 sold.   Estimated fair market value for Seven Hills is approximately $5,100,000. |
| Lender: | Wells Fargo Bank $20,887,930 approximately outstanding – Southgate 2&3 (secured) |

Wells Fargo Bank $4,509,836 approximately outstanding – Seven Hills (secured)

## Oak Brook Partners II LLC

| | |
|---|---|
| Description: | Developer of ABBA self storage facility in Concord, CA |
| Project Status: | Construction of the project is completed.  Litigation is currently underway between certain partners.  Estimated fair market value for the facility is approximately $7,000,000. (This project is in the process of being appraised and the value is subject to a settlement pending with various partners). |
| Lender: | Wells Fargo Bank $6,490,000 approximately outstanding |

## Petaluma Ventures, LLC

| | |
|---|---|
| Description: | Owns six residential rental properties. |
| Lenders: | America's Servicing Company and Aurora Loan Services with second deeds of trust secured by  property to Heritage Bank and Wells Fargo Bank. |

<u>**AMENDED**</u> Attachment B14 – Assets Owned by Partnerships or Joint Ventures

## <u>SCG Builders Inc.</u>

Description:   General contracting entity for Heaton-related developments
.96785 membership interest in Walden Park Associates, LLC
2% membership interest in Adobe Partners, LLC
Project Status: Five currently active development projects owned by Mardel LLC, Sonoma-Napa
Partners, LLC, HWR, LLC and Southgate Partners, LLC
Lender:          No loans outstanding

## <u>Sonoma-Napa Partners, LLC</u>

Description:   Developer of Oak Leaf Ranch residential development in Napa, CA (45 homes)
and Glennview residential development in Santa Rosa, CA (49 homes).
Project Status: Oak Leaf Ranch:  26 homes completed, 4 under construction, 22 sold
Glennview:  23 homes completed, 22 sold.  Estimated fair market value is
approximately $6,400,00 for Oak Leaf Ranch and approximately $1,600,000 for
Glennview.
Lender:          Wells Fargo Bank $8,706,854 approximately outstanding – Oak Leaf Ranch
(secured)
Wells Fargo Bank $5,838,704 approximately outstanding – Glennview (secured)

## <u>Southgate Partners LLC</u>

Description:   Developer of Southgate phase 1residential development in Petaluma, CA (78
homes)
Project Status: 5 homes completed, 65 sold.  Estimated fair market value is approximately
$2,000,000.
Lender:          Wells Fargo Bank $2,972,965 approximately outstanding (secured)

## <u>Walden Park Associates, LLC</u>

Description:   Developer of the Walden Park residential development in Walnut Creek, CA (65
townhomes)
Project Status: project is approved by the City of Walnut Creek. No construction has started.
Estimated fair market value is approximately $12,000,000
Lender:          First Republic Bank $9,500,000 approximately outstanding

## <u>Washington Associates, LLC</u>

Description:   Formed for Washington projects.
Project Status: None
Lender:          None

## <u>Windsor Lofts LLC</u>

Description:   Possible future developer of American property presently in DG&H Developers
LLC.
Project Status: None
Lender:          None

Attachment B20 - Trust Assets *

**DOYLE D. HEATON AND MARY K. HEATON IRREOVCABLE TRUST DATED MAY 28, 1991**

| Property | Policy No. | Net Cash Surrender Value |
|---|---|---|
| Lincoln Financial Survivorship Life Insurance Policy | 2717585 | $ 231,941.57 |
| Lincoln Financial Survivorship Life Insurance Policy | 2716934 | $ 548,967.87 |
| Lincoln Financial Survivorship Life Insurance Policy | JF5046052 | $ 323,017.94 |
| | | $ 1,103,927.38 |

**HEATON FAMILY REVOCABLE TRUST DATED FEBRUARY 6, 1986**

| HELD BY | Account No. | Amount |
|---|---|---|
| US Bank | 1-534-0076-3022 | $ 28,200.78 |
| | TOTAL | $ 28,200.78 |

**DOYLE D. HEATON ALASKA TRUST DATED SEPTEMBER 24, 2008**

| HELD BY | Account No. | Amount |
|---|---|---|
| Federated US Treasury Cash Reserves Fund #125 | | $ 420,534.19 |
| Northrim Principal MM Acct | | $ 171,973.35 |
| Northrim Income MM Acct | | $ 8,591.03 |
| 133 Parks, LLC | | $ 1.00 |
| | TOTAL | $ 601,099.57 |

| REAL PROPERTY OWNED BY 133 PARKS, LLC | ADDRESS | CITY | APN | 1st Trust Deed | Fair Market Value | Secured Debt First | Secured Debt Second | TOTAL SECURED DEBT | % Interest Owned |
|---|---|---|---|---|---|---|---|---|---|
| | A23 Denali View Dr. | State of Alaska | N/A | N/A | $ 48,000.00 | $ - | $ - | $ - | 100% |
| | | | | | $ 48,000.00 | $ - | $ - | $ - | 100% |

**MARY K. HEATON ALASKA TRUST DATED SEPTEMBER 24, 2008**

| HELD BY | Account No. | Amount |
|---|---|---|
| Federated US Treasury Cash Reserves Fund #125 | | $ 60,000.82 |
| Northrim Principal MM Acct | | $ 178,618.60 |
| Northrim Income MM Acct | | $ 1,145.53 |
| | TOTAL | $ 239,764.95 |

**DOYLE D. HEATON QUALIFIED PERSONAL RESIDENCE TRUST WALNUT CREEK**

| HELD BY | ADDRESS | CITY | APN | 1st Trust Deed | Fair Market Value | Secured Debt First | Secured Debt Second | TOTAL SECURED DEBT | % Interest Owned |
|---|---|---|---|---|---|---|---|---|---|
| Heaton Enterprises I, LLC | 2960 Cherry Lane | Walnut Creek, CA 94597 | 148-160-016-9-00 | Heritage Bank | $ 850,000.00 | $ 787,000.00 | $ - | 787,000.00 | 50% |
| | | | | | $ 850,000.00 | $ 787,000.00 | $ - | $ 787,000.00 | |

**MARY K. HEATON QUALIFIED PERSONAL RESIDENCE TRUST WALNUT CREEK**

| HELD BY | ADDRESS | CITY | APN | 1st Trust Deed | Fair Market Value | Secured Debt First | Secured Debt Second | TOTAL SECURED DEBT | % Interest Owned |
|---|---|---|---|---|---|---|---|---|---|
| Heaton Enterprises II, LLC | 2960 Cherry Lane | Walnut Creek, CA 94597 | 148-160-016-9-00 | Heritage Bank | $ 850,000.00 | $ 787,000.00 | $ - | 787,000.00 | 50% |
| | | | | | $ 850,000.00 | $ 787,000.00 | $ - | $ 787,000.00 | |

**DOYLE D. HEATON QUALIFIED PERSONAL RESIDENCE TRUST TRUCKEE**

| HELD BY | ADDRESS | CITY | APN | 1st Trust Deed | Fair Market Value | Secured Debt First | Secured Debt Second | TOTAL SECURED DEBT | % Interest Owned |
|---|---|---|---|---|---|---|---|---|---|
| Heaton Enterprises III, LLC | 12916 Falcon Point Pl | Truckee, CA | 45-110-09-000 | Bank of America | $ 800,000.00 | $ 271,519.00 | $ - | 271,519.00 | 55% |
| Heaton Enterprises III, LLC | 12972 Muhlbach Way | Truckee, CA | 45-510-30-000 | Anthony & Angela | $ 250,000.00 | $ 239,489.00 | | 239,489.00 | 100% |
| | | | | | $ 1,050,000.00 | $ 511,008.00 | $ - | $ 511,008.00 | |

* The Trusts listed herein and the assets of such Trusts do not constitute property of the Debtors' estate, but are provided here for disclosure purposes only.

| Accounts Created Under the Uniform Gift to Minors Act | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Account Type | Contact Person Name | Street Address | City | State | Zip Code | Telephone Number | Fax Number | Account Number | Account Balance |
| **SEAN HEATON'S ACCOUNTS** | | | | | | | | | | |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx8869 | **18,654.64** |
| **CHAD HEATON'S ACCOUNTS** | | | | | | | | | | |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx0109 | **57,613.86** |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx9407 | **24,939.34** |
| **GREGG HEATON'S ACCOUNTS** | | | | | | | | | | |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx9393 | **32,442.55** |
| City National Bank | CD | Jane McKelvie | 10801 West Charleston Blvd, Ste 250 | Las Vegas | NV | 89135 | 702-952-4485 | 702-952-4437 | xxxxx8478 | **31,487.85** |
| | | | | | | | | | | **165,138.24** |

The accounts listed herein were created for the benefit of the Debtors' minor children over 20 years ago and do not constitute property of the estate.  This information is provided here for disclosure purposes only.

In re **Doyle D. Heaton,**
**Mary K. Heaton**

Case No. **10-40297**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1st Trust Deed | | | | | |
| America's Servicing Company PO Box 69768 Los Angeles, CA 90060-0768 | | H | Rental Property located at 8172 Locust Pl., Dublin, CA | | | | | |
| | | | Value $              430,000.00 | | | | 231,490.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| America's Servicing Company PO Box 69768 Los Angeles, CA 90060-0768 | | H | Rental Property located at 8192 Locust Pl., Dublin, CA | | | | | |
| | | | Value $              430,000.00 | | | | 231,490.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| America's Servicing Company PO Box 69768 Los Angeles, CA 90060-0768 | | H | Rental Property located at 640 Casella Way, Petaluma, CA | | | | | |
| | | | Value $              360,000.00 | | | | 313,783.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| America's Servicing Company PO Box 69768 Los Angeles, CA 90060-0768 | | H | Rental Property located at 684 Casella Way, Petaluma, CA | | | | | |
| | | | Value $              360,000.00 | | | | 313,783.00 | 0.00 |

__13__ continuation sheets attached

Subtotal
(Total of this page)

| 1,090,546.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Doyle D. Heaton,**                                    Case No.   __10-40297__
      **Mary K. Heaton**
_____,
                       Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **America's Servicing Company** <br> **PO Box 69768** <br> **Los Angeles, CA 90060-0768** | | H | 1st Trust Deed <br><br> **Rental Property located at 719 Yorkshire, Petaluma, CA** <br><br> Value $            **360,000.00** | | | | 313,783.00 | 0.00 |
| Account No. <br><br> **America's Servicing Company** <br> **PO Box 69768** <br> **Los Angeles, CA 90060-0768** | | H | 1st Trust Deed <br><br> **Rental Property located at 1479 Woodside Circle, Petaluma, CA** <br><br> Value $            **400,000.00** | | | | 177,382.00 | 0.00 |
| Account No. <br><br> **America's Servicing Company** <br> **PO Box 69768** <br> **Los Angeles, CA 90060-0768** | | H | 1st Trust Deed <br><br> **Rental Property located at 1473 Woodside Circle, Petaluma, CA** <br><br> Value $            **400,000.00** | | | | 177,382.00 | 0.00 |
| Account No. <br><br> **America's Servicing Company** <br> **PO Box 69768** <br> **Los Angeles, CA 90060-0768** | | H | 1st Trust Deed <br><br> **Rental Property located at 1475 Woodside Circle, Petaluma, CA** <br><br> Value $            **400,000.00** | | | | 177,382.00 | 0.00 |
| Account No. <br><br> **Aurora Loan Services** <br> **PO Box 78111** <br> **Phoenix, AZ 85062-8111** | | H | 1st Trust Deed <br><br> **Rental Property located at 7094 Wineberry Way, Dublin, CA** <br><br> Value $            **430,000.00** | | | | 239,309.00 | 0.00 |

Sheet __1__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,085,238.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Doyle D. Heaton,**                    Case No.   **10-40297**

          **Mary K. Heaton**

                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 | | H | 1st Trust Deed<br><br>Rental Property located at 8203 Mulberry Pl., Dublin, CA<br><br>Value $             430,000.00 | | | | 239,309.00 | 0.00 |
| Account No.<br><br>Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 | | H | 1st Trust Deed<br><br>Rental Property located at 1100 Riverpine Circle, Petaluma, CA<br><br>Value $             390,000.00 | | | | 168,924.00 | 0.00 |
| Account No.<br><br>Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 | | H | 1st Trust Deed<br><br>Rental Property located at 1104 Riverpine Circle, Petaluma, CA<br><br>Value $             390,000.00 | | | | 260,309.00 | 0.00 |
| Account No.<br><br>Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 | | H | 1st Trust Deed<br><br>Rental Property located at 1477 Woodside Circle, Petaluma, CA<br><br>Value $             400,000.00 | | | | 159,757.00 | 0.00 |
| Account No.<br><br>Aurora Loan Services<br>PO Box 78111<br>Phoenix, AZ 85062-8111 | | H | 1st Trust Deed<br><br>Rental Property located at 18 Village Square Pl., Petaluma, CA<br><br>Value $             510,000.00 | | | | 300,719.00 | 0.00 |

Sheet **2** of **13** continuation sheets attached to Schedule of Creditors Holding Secured Claims

                      Subtotal          **1,129,018.00**        **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

In re   **Doyle D. Heaton,**
       **Mary K. Heaton**

Case No.   **10-40297**

,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br> **Aurora Loan Services** <br> **PO Box 78111** <br> **Phoenix, AZ 85062-8111** | H | | | | **1st Trust Deed** <br><br> **Rental Property located at 22 Village Square Pl., Petaluma, CA** | | | | | |
| | | | | | Value $      **510,000.00** | | | | **300,719.00** | **0.00** |
| Account No. <br><br> **Bank of America** <br> **PO Box 60875** <br> **Los Angeles, CA 90060-0875** | H | | | | **1st Trust Deed** <br><br> **Rental Property located at 1916 Belgrave Dr., Petaluma, CA** | | | | | |
| | | | | | Value $      **360,000.00** | | | | **289,650.24** | **0.00** |
| Account No. <br><br> **Bank of Marin** <br> **504 Redwood Blvd.** <br> **Suite 100** <br> **Novato, CA 94947** | H | | | | **UCC-1** <br><br> **Debtor's interest in Corona Road Associates, LLC** | | | | | |
| | | | | | Value $      **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Bank of Marin** <br> **504 Redwood Blvd.** <br> **Suite 100** <br> **Novato, CA 94947** | H | | | | **UCC-1** <br><br> **Debtor's interest in Adobe Partners, LLC** | | | | | |
| | | | | | Value $      **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Bank of Marin** <br> **504 Redwood Blvd.** <br> **Suite 100** <br> **Novato, CA 94947** | J | | | | **1st Trust Deed** <br><br> **Vacant lot located at 2962 Cherry Lane, Walnut Creek, CA** | | | | | |
| | | | | | Value $      **475,000.00** | | | | **579,167.00** | **104,167.00** |

Sheet  **3**  of  **13**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,169,536.24** | **104,167.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **Doyle D. Heaton,**
        **Mary K. Heaton**

Case No.    **10-40297**

                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| **Bank of Marin** **504 Redwood Blvd.** **Suite 100** **Novato, CA 94947** | | H | | | **Vacant lot located at 2962 Cherry Lane, Walnut Creek, CA** | | | | | |
| | | | | | Value $      **475,000.00** | | | | **298,857.00** | **298,857.00** |
| Account No. | | | | | 1st Trust Deed | | | | | |
| CitiMortgage PO Box 6006 The Lakes, NV 88901-6006 | | H | | | Rental Property located at 8110 Locust Pl., Dublin, CA | | | | | |
| | | | | | Value $      430,000.00 | | | | 233,991.00 | 0.00 |
| Account No. | | | | | 1st Trust Deed | | | | | |
| CitiMortgage PO Box 6006 The Lakes, NV 88901-6006 | | H | | | Rental Property located at 8211 Mulberry Pl., Dublin, CA | | | | | |
| | | | | | Value $      430,000.00 | | | | 223,794.00 | 0.00 |
| Account No. | | | | | 1st Trust Deed | | | | | |
| Countrywide Home Loans PO Box 10219 Van Nuys, CA 91410-0219 | | H | | | Rental Property located at 713 Yorkshire, Petaluma, CA | | | | | |
| | | | | | Value $      360,000.00 | | | | 312,159.00 | 0.00 |
| Account No. | | | | | 1st Trust Deed | | | | | |
| Countrywide Home Loans PO Box 10219 Van Nuys, CA 91410-0219 | | H | | | Rental Property located at 715 Yorkshire, Petaluma, CA | | | | | |
| | | | | | Value $      360,000.00 | | | | 313,033.00 | 0.00 |

Sheet  **4**  of  **13**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,381,834.00 | 298,857.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re  **Doyle D. Heaton,**  Case No. ___**10-40297**___
    **Mary K. Heaton**

_____,
                       Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Exchange Bank**<br>**545 Fourth Street**<br>**Santa Rosa, CA 95401** | | H | **UCC-1**<br><br>**30% of the Debtor's interest in Adobe Partners, LLC**<br><br>Value $      **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**First Horizon Bank**<br>**PO Box 809**<br>**Memphis, TN 38101-0809** | | H | **1st Trust Deed**<br><br>**Rental Property located at 718 Anza Ct., Walnut Creek, CA**<br><br>Value $   **540,000.00** | | | | **376,456.00** | **0.00** |
| Account No.<br><br>**First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596** | | H | **2nd Trust Deed**<br><br>**Rental Property located at 640 Casella Way, Petaluma, CA**<br><br>Value $   **360,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596** | | H | **2nd Trust Deed**<br><br>**Rental Property located at 684 Casella Way, Petaluma, CA**<br><br>Value $   **360,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**First Republic Bank**<br>**1400 Civic Drive**<br>**Walnut Creek, CA 94596** | | H | **2nd Trust Deed**<br><br>**Rental Property located at 708 Casella Way, Petaluma, CA**<br><br>Value $   **360,000.00** | | | | **Unknown** | **Unknown** |

Sheet ___**5**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)         **376,456.00**       **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re    **Doyle D. Heaton,**
       **Mary K. Heaton**

Case No.    **10-40297**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| **First Republic Bank** **1400 Civic Drive** **Walnut Creek, CA 94596** | H | | | | **Rental Property located at 712 Casella Way, Petaluma, CA** | | | | | |
| | | | | | Value $      **360,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| **First Republic Bank** **1400 Civic Drive** **Walnut Creek, CA 94596** | H | | | | **Rental Property located at 1100 Riverpine Circle, Petaluma, CA** | | | | | |
| | | | | | Value $      **390,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| **First Republic Bank** **1400 Civic Drive** **Walnut Creek, CA 94596** | H | | | | **Rental Property located at 1104 Riverpine Circle, Petaluma, CA** | | | | | |
| | | | | | Value $      **390,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | | | Rental Property located at 713 Yorkshire, Petaluma, CA | | | | | |
| | | | | | Value $      **360,000.00** | | | | 175,000.00 | 127,159.00 |
| Account No. | | | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | | | Rental Property located at 715 Yorkshire, Petaluma, CA | | | | | |
| | | | | | Value $      **360,000.00** | | | | 175,000.00 | 128,033.00 |

Sheet   **6**   of   **13**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 350,000.00 | 255,192.00 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re **Doyle D. Heaton,**                          Case No. **10-40297**
          **Mary K. Heaton**

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | Rental Property located at 8172 Locust Pl., Dublin, CA | | | | | |
| | | | Value $ 430,000.00 | | | | 175,000.00 | 0.00 |
| Account No. | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | Rental Property located at 8192 Locust Pl., Dublin, CA | | | | | |
| | | | Value $ 430,000.00 | | | | 175,000.00 | 0.00 |
| Account No. | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | Rental Property located at 7094 Wineberry Way, Dublin, CA | | | | | |
| | | | Value $ 430,000.00 | | | | 175,000.00 | 0.00 |
| Account No. | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | Rental Property located at 8203 Mulberry Pl., Dublin, CA | | | | | |
| | | | Value $ 430,000.00 | | | | 175,000.00 | 0.00 |
| Account No. | | | 2nd Trust Deed | | | | | |
| Heritage Bank 300 Main Street Pleasanton, CA 94566 | H | | Rental Property located at 8110 Locust Pl., Dublin, CA | | | | | |
| | | | Value $ 430,000.00 | | | | 175,000.00 | 0.00 |

Sheet **7** of **13** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| 875,000.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **Doyle D. Heaton,**
       **Mary K. Heaton**

Case No.    **10-40297**

                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Heritage Bank <br> 300 Main Street <br> Pleasanton, CA 94566 | | H | 2nd Trust Deed <br><br> Rental Property located at 8211 Mulberry Pl., Dublin, CA <br><br> Value $    430,000.00 | | | | 175,000.00 | 0.00 |
| Account No. <br><br> Heritage Bank <br> 300 Main Street <br> Pleasanton, CA 94566 | | H | 2nd Trust Deed <br><br> Rental Property located at 1729 Sapling #B, Concord, CA <br><br> Value $    230,000.00 | | | | 175,000.00 | 12,954.00 |
| Account No. <br><br> Heritage Bank <br> 300 Main Street <br> Pleasanton, CA 94566 | | H | 2nd Trust Deed <br><br> Rental Property located at 1731 Sapling #A, Concord, CA <br><br> Value $    230,000.00 | | | | 175,000.00 | 12,940.00 |
| Account No. <br><br> Heritage Bank <br> 300 Main Street <br> Pleasanton, CA 94566 | | H | 2nd Trust Deed <br><br> Rental Property located at 1479 Woodside Circle, Petaluma, CA <br><br> Value $    400,000.00 | | | | 175,000.00 | 0.00 |
| Account No. <br><br> Heritage Bank <br> 300 Main Street <br> Pleasanton, CA 94566 | | H | 2nd Trust Deed <br><br> Rental Property located at 1473 Woodside Circle, Petaluma, CA <br><br> Value $    400,000.00 | | | | 175,000.00 | 0.00 |

Sheet **8** of **13** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 875,000.00 | 25,894.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Doyle D. Heaton,**
      **Mary K. Heaton**
                                           ,
                              Debtors

Case No.  **10-40297**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Heritage Bank**<br>**300 Main Street**<br>**Pleasanton, CA 94566** | | H | | | **2nd Trust Deed**<br><br>**Rental Property located at 1475 Woodside Circle, Petaluma, CA**<br><br>Value $ **400,000.00** | | | | **175,000.00** | **0.00** |
| Account No.<br><br>**Heritage Bank**<br>**300 Main Street**<br>**Pleasanton, CA 94566** | | H | | | **2nd Trust Deed**<br><br>**Rental Property located at 718 Anza Ct., Walnut Creek, CA**<br><br>Value $ **540,000.00** | | | | **160,000.00** | **0.00** |
| Account No.<br><br>**Meadow Creek Group, LLC**<br>**333 Civic Drive**<br>**Pleasant Hill, CA 94523** | | H | | | **UCC-1**<br><br>**Debtor's interest in Washington Associates, LLC (to be dissolved).**<br><br>Value $ **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Michael J. Goldfarb Enterprises, LLC**<br>**600 University Street**<br>**Suite 2912**<br>**Seattle, WA 98101** | C | | | | **UCC-1**<br><br>**Debtor's interest in Antinori Development, LLC**<br><br>Value $ **Unknown** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Sonoma Walden 2009 LLC**<br>**520 Mendocino Avenue**<br>**Suite 250**<br>**Santa Rosa, CA 95401-5284** | | H | | | **2nd Trust Deed**<br><br>**Rental Property located at 1916 Belgrave Dr., Petaluma, CA**<br><br>Value $ **360,000.00** | | | | **Unknown** | **Unknown** |

Sheet **9** of **13** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **335,000.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Doyle D. Heaton,**                  Case No. **10-40297**
      **Mary K. Heaton**

                                        Debtors     ,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2nd Trust Deed** | | | | | |
| **Sonoma Walden 2009 LLC 520 Mendocino Avenue Suite 250 Santa Rosa, CA 95401-5284** | | H | **Rental Property located at 719 Yorkshire, Petaluma, CA** | | | | | |
| | | | Value $ 360,000.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | 1st Trust Deed | | | | | |
| Wachovia Mortgage 2525 Corporate Place Suite 250 Monterey Park, CA 91754 | | H | Rental Property located at 1729 Sapling #B, Concord, CA | | | | | |
| | | | Value $ 230,000.00 | | | | 67,954.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| Wachovia Mortgage 2525 Corporate Place Suite 250 Monterey Park, CA 91754 | | H | Rental Property located at 1731 Sapling #A, Concord, CA | | | | | |
| | | | Value $ 230,000.00 | | | | 67,940.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| Washington Mutual Bank PO Box 78148 Phoenix, AZ 85062-8148 | | H | Rental Property located at 1632 Oak Park Blvd., Pleasant Hill, CA | | | | | |
| | | | Value $ 540,000.00 | | | | 433,000.00 | 0.00 |
| Account No. | | | 1st Trust Deed | | | | | |
| Washington Mutual Bank PO Box 78148 Phoenix, AZ 85062-8148 | | H | Rental Property located at 1636 Oak Park Blvd., Pleasant Hill, CA | | | | | |
| | | | Value $ 540,000.00 | | | | 429,022.00 | 0.00 |

Sheet **10** of **13** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)      997,916.00      0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re     **Doyle D. Heaton,**              Case No.     **10-40297**
       **Mary K. Heaton**
                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **1st Trust Deed** | | | | | |
| **Washington Mutual Bank** PO Box 78148 Phoenix, AZ 85062-8148 | | H | | | **Rental Property located at 1640 Oak Park Blvd., Units A & B, Pleasant Hill, CA** | | | | | |
| | | | | | Value $      **540,000.00** | | | | **431,951.00** | **0.00** |
| Account No. | | | | | **1st Trust Deed** | | | | | |
| **Washington Mutual Bank** PO Box 78148 Phoenix, AZ 85062-8148 | | H | | | **Rental Property located at 708 Casella Way, Petaluma, CA** | | | | | |
| | | | | | Value $      **360,000.00** | | | | **314,118.00** | **0.00** |
| Account No. | | | | | **1st Trust Deed** | | | | | |
| **Washington Mutual Bank** PO Box 78148 Phoenix, AZ 85062-8148 | | H | | | **Rental Property located at 712 Casella Way, Petaluma, CA** | | | | | |
| | | | | | Value $      **360,000.00** | | | | **316,412.71** | **0.00** |
| Account No. | | | | | **LOC Security** | | | | | |
| **Wells Fargo Bank** Attn: Ryan Stark 600 California Street, 19th Floor San Francisco, CA 94108 | | H | | | **Rental Property located at 1632 Oak Park Blvd., Pleasant Hill, CA** | | | | | |
| | | | | | Value $      **540,000.00** | | | | **416,667.00** | **309,667.00** |
| Account No. | | | | | **LOC Security** | | | | | |
| **Wells Fargo Bank** Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | | H | | | **Rental Property located at 1636 Oak Park Blvd., Pleasant Hill, CA** | | | | | |
| | | | | | Value $      **540,000.00** | | | | **416,667.00** | **305,689.00** |

Sheet **11** of **13** continuation sheets attached to                 Subtotal           **1,895,815.71**       **615,356.00**
Schedule of Creditors Holding Secured Claims            (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

In re   **Doyle D. Heaton,**               Case No.   **10-40297**
       **Mary K. Heaton**

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | LOC Security | | | | | |
| Wells Fargo Bank Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | | H | Rental Property located at 1640 Oak Park Blvd., Units A & B, Pleasant Hill, CA | | | | | |
| | | | Value $      **540,000.00** | | | | **416,667.00** | **308,618.00** |
| Account No. | | | UCC-1 | | | | | |
| Wells Fargo Bank Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | X | H | Debtor's interest in Mardel, LLC | | | | | |
| | | | Value $      **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | UCC-1 | | | | | |
| Wells Fargo Bank Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | X | H | 99% of the Debtor's interest in Oak Brook Partners II, LLC | | | | | |
| | | | Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | LOC Security | | | | | |
| Wells Fargo Bank Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | | H | Rental Property located at 1477 Woodside Circle, Petaluma, CA | | | | | |
| | | | Value $      **400,000.00** | | | | **416,667.00** | **176,424.00** |
| Account No. | | | LOC Security | | | | | |
| Wells Fargo Bank Attn: Ryan Stark 600 California Street, 19th Street San Francisco, CA 94108 | | H | Rental Property located at 18 Village Square Pl., Petaluma, CA | | | | | |
| | | | Value $      **510,000.00** | | | | **416,667.00** | **207,386.00** |

Sheet __**12**__ of __**13**__ continuation sheets attached to          Subtotal       **1,250,001.00**       **692,428.00**
Schedule of Creditors Holding Secured Claims       (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                   Best Case Bankruptcy

In re   **Doyle D. Heaton,**
      **Mary K. Heaton**                             Case No.   **10-40297**

                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | LOC Security | | | | | |
| **Wells Fargo Bank** **Attn: Ryan Stark** **600 California Street, 19th Street** **San Francisco, CA 94108** | | H | **Rental Property located at 22 Village Square Pl., Petaluma, CA** | | | | | |
| | | | Value $     **510,000.00** | | | | **416,667.00** | **207,386.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **13**  of  **13**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 416,667.00 | 207,386.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 13,228,027.95 | 2,199,280.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

Doyle D. Heaton
In re   Mary K. Heaton
_____
Debtor(s)

Case No.  10-40297
Chapter   11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing amended summary and amended schedules, consisting of 22 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   2/22/10                         Signature   Doyle D. Heaton
                                                   Debtor

Date   2/22/10                         Signature   Mary K. Heaton
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy