SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Proposed Attorneys for the Official Committee
Of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | Case No. 10-40297 |
|---|---|
| DOYLE D, HEATON and MARY K. HEATON, | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within-entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On February 26, 2010, I served the following documents described as:

**SUPPLEMENT TO APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**SUPPLEMENTAL DECLARATION OF MICHAEL H. AHRENS IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

by placing true and correct copies of said documents in sealed envelopes addressed as follows:

*Please see the attached service list*

-1-

1    ☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

2

3

4

5    ☒    **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6

7         Executed on February 26, 2010 at San Francisco, California.

8

9

10                  /s/ Edie Walters
                 EDIE WALTERS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE

# SERVICE LIST

| **Debtors** | **Counsel for Debtors** | **Office of the US Trustee** |
|---|---|---|
| Doyle D. & Mary K. Heaton<br>3480 Buskirk Avenue, Suite 260<br>Pleasant Hill, CA 94523 | Pachulski, Stang, Ziehl and Jones<br>Attn: Maxim B. Litvak, Esq.<br>150 California Street 15th Floor<br>San Francisco, CA 94111-4500 | 1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5217 |

## PARTIES REQUESTING SPECIAL NOTICE

| | | |
|---|---|---|
| Aurora Loan Services<br>PITE DUNCAN, LLP<br>Attn: Christopher M. McDermott<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92177-0933 | JPMorgan Chase Bank<br>PITE DUNCAN, LLP<br>Attn: Christopher M. McDermott<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92177-0933 | Bank of America<br>PITE DUNCAN, LLP<br>Attn: Christopher M. McDermott<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92177-0933 |
| BAC Home Loan Services<br>fka Countrywide Home Loan<br>Services<br>Miles, Bauer, Bergstrom & Winters<br>LLP<br>Attn: Richard Bauer<br>1665 Scenic Avenue, Suite 200<br>Costa Mesa CA 92626 | Bank of Marin<br>Buchalter Nemer, P.C.<br>Attn: Robert Izmirian, Esq.<br>Neil Rubenstein, Esq.<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130 | First Republic Bank<br>Greene Radovsky Maloney Share &<br>Hennigh LLP<br>Attn: Edward J. Tredinnick, Esq.<br>Suite 4000<br>26 Four Embarcadero Center<br>San Francisco, CA 94111-4016 |
| CV Anthony II, LLC<br>c/o Scheer Law Group, LLP<br>Attn: Spencer P. Scheer<br>155 N. Redwood Drive, Suite 100<br>San Rafael, California 94903 | Homestreet Bank<br>Hillis, Clark, Martin & Peterson<br>Attn: Josep Sakay<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101 | Exchange Bank<br>Abbey, Weitzenberg, Warren &<br>Emery<br>Attn: Rachel K. Stevenson<br>P.O. Box 1566<br>Santa Rosa, CA 95402-1566 |
| Nevada County Treasurer<br>Tax Collector's Office<br>P.O. Box 128<br>Nevada City, CA 95959 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Heritage Bank of Commerce<br>Sedgwick, Detert, Moran & Arnold<br>LLP<br>Attn: Lillian G. Stenfeldt<br>Robert S. Gebhard<br>One Market Plaza<br>Steuart Street Tower, 8th Floor<br>San Francisco, CA 94105 |
| Wells Fargo Bank<br>Jones Day<br>Attn: Robert A. Trodella, Esq.<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | | |

## CREDITORS' COMMITTEE

| | | |
|---|---|---|
| John & Andrea Barella<br>431 Payran Street<br>Petaluma, CA 94953 | Donna Goldberg<br>8123 Brittany Drive<br>Dublin, CA 94568 | Dave Sanson<br>Meadow Creek Group, LLC<br>1500 Willow Pass Court<br>Concord, CA 94520 |

Case: 10-40297   Doc# 78   Filed: 02/26/10   Entered: 02/26/10 13:36:39   Page 3 of 4

CERTIFICATE OF SERVICE

| 1 | Mariah Garcia<br>Gonsalves and Santucci, Inc.<br>5141 Commercial Circle<br>Concord, CA 94520 | Dan Morgan<br>CV Anthony II, LLC<br>2 Ranch Road<br>Novato, CA 94945 |
|---|---|---|
| 2 | | |
| 3 | | |
| 4 | | **OTHER PARTIES** |
| 5 | **Counsel for Citibank**<br>James C. Williams, Esq.<br>Davis Wright & Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 | **Counsel for Citibank**<br>John P. Lecrone, Esq.<br>Davis Wright & Tremaine LLP<br>865 S. Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-2566 |
| 6 | | |
| 7 | | |

-4-

CERTIFICATE OF SERVICE