UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Bankruptcy No.: **10-40297-EDJ** |
| ) | R.S. No.: **SPS-81** |
| **DOYLE D. HEATON** and ) | Hearing Date: **March 26, 2010** |
| **MARY K. HEATON**, ) | Time: **10:00 a.m.** |
| ) | |

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition filed: **1/11/10**           Chapter: **11**
     Prior hearings on this obligation:        Last Date to File §523/§727
         **n/a**                                Complaints: **4/9/10**

(B)  Description of personal property collateral:
     Secured Creditor [ ]   or lesser [ ]
     Fair market value $_____ Source of value: _____
     Contract Balance: $_____    Pre-Petition Default: $_____
     Monthly Payment: $_____     No. of months:_____
     Insurance Advance: $_____     Post-Petition Default: $_____
                                          No. of months:_____

(C)  Description of real property collateral: **n/a**

     Fair Market Value: **$n/a**              Source of Value: **n/a**
                                              If appraisal, date: **n/a**

     Moving Party's position: **n/a**

     Approx. Bal of claim: **$2,347,912.00**   Pre-Petition Default: **n/a**
     As of (date): **2/17/10**                 No. of Months: **n/a**
     Amt. Payment: **n/a**                     Post-Petition Default: **n/a**
     Notice of Default (date): **n/a**         No. of Months: **n/a**
     Notice of Trustee's Sale: **n/a**         Advances Senior Liens: **n/a**

     Specify name and status of other liens and encumbrances, if known:

     Position                              Amount  No. Payment   Defaults

     1st Trust Deed:                       $
     2nd Trust Deed:                       $

                                           $

(D) Other pertinent information: **This Motion concerns an action initiated by Movant against Debtor, evidenced by the Complaint ("Complaint"), entitled:** *CV Anthony II, LLC v. Heaton et.al.* **filed in the Marin County Superior Court, Case No. CIV 095267 ("State Court Action"). Movant seeks relief from stay to finalize its rights against Debtor in the State Court Action and then to return to this Court to have any such judgment entered as a non-dischargeable judgment and claim in these proceedings.**

Dated: March 5, 2010              /s/ Spencer P. Scheer
                                  #107750
                                  ATTORNEY FOR CV ANTHONY II, LLC, A CALIFORNIA
                                  LIMITED LIABILITY COMPANY, ITS ASSIGNEES AND/OR
                                  SUCCESSORS