| | | AT-135 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Steven A. Simontacchi [SBN 138948]<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>TELEPHONE NO.: 415 453 9999<br>E-MAIL ADDRESS (Optional): FAX NO. (Optional): 415 453 6999<br>ATTORNEY FOR (Name): Plaintiff CV Anthony II, LLC | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: P.O. Box 4988<br>CITY AND ZIP CODE: San Rafael, CA 94903<br>BRANCH NAME: Unlimited Jurisdiction | | |
| PLAINTIFF: CV Anthony II, LLC, a California limited liability company<br>DEFENDANT: Doyle Heaton | | |
| WRIT OF ATTACHMENT<br>☐ AFTER HEARING ☑ EX PARTE | | CASE NUMBER:<br>CIV 095267 |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Marin

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Doyle Heaton
   2960 Cherry Lane
   Walnut Creek, CA 94597

   and the attachment is to secure: $ 902,226.22

4. Name and address of plaintiff: CV ANTHONY II, LLC, a California limited liability company
   7533 Redwood Blvd.
   Novato, CA 94945

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   See attachment A

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

   a. Name: Doyle Heaton
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
      2960 Cherry Lane, Walnut Creek, CA 94597

7. ☐ The real property on which the
      ☐ crops described in item 5 ___ are growing
      ☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date: OCT 20 2009     KIM TURNER Clerk, by _____, Deputy    S. BOND

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

EXHIBIT D
WRIT OF ATTACHMENT
(Attachment)
1 OF 6

Code of Civ. Proc., § 488.010

Case: 10-40297   Doc# 83-6   Filed: 03/05/10   Entered: 03/05/10 14:25:40   Page 1 of 6

# ATTACHMENT A

(1) All real property including without limitation properties identified below
(2) All accounts receivable as defined in CCP §481.030
(3) All deposit accounts defined in CCP §481.080
(4) All documents of title as defined in CCP §481.090.
(5) All instruments as defined in CCP §481.117.
(6) All inventory as defined in CCP §481.120.
(7) All negotiable documents of title pursuant to CCP §487.010(c)(8)
(8) All securities as defined in CCP §481.210

## Real Properties

(1) 2960 Cherry Lane, Walnut Creek, CA 94597; APN:1481600169
(2) 8110 Locust Pl S, Dublin, CA 94568; APN: 941275405500
(3) 8172 Locust Pl S, Dublin, CA 94568; APN: 941275400300

Real Estate Owned

| | | Second Loans Allocated to Units | Total Loans Outstanding |
|---|---|---|---|
| Rental Property (2 units), Petaluma, CA | (a) | $950,000 | |
| Rental Property (4 units), Concord, CA | (b) | 1,400,000 | |
| Rental Property (2 units), Concord, CA | (c) | 800,000 | |
| Rental Property (4 units), Dublin, CA | (d) | 1,800,000 | |
| Rental Property (3 units), Dublin, CA | (e) | 1,240,000 | |
| Rental Property (4 units), Dublin, CA | (f) | 2,000,000 | |
| Rental Property (3 units), Petaluma, CA | (g) | 1,430,000 | |
| Tahoe Property, Truckee, CA | (h) | 550,000 | |
| Rental Property (2 units), Petaluma, CA | (i) | 1,080,000 | |
| Rental Property (3 units), Petaluma, CA | (j) | 1,290,000 | |
| Rental Property (7 units), Pleasant Hill, CA | (k) | 4,150,000 | |
| Residence, Walnut Creek, CA | | 1,100,000 | |
| Residential Lot, Walnut Creek, CA | | 650,000 | |
| Mulberry Apartments, Concord, CA | | 500,000 | |
| Tahoe Property, Truckee, CA | (l) | 350,000 | |
| Total Real Estate Owned | | $19,290,000 | |

| | AT-135 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>Steven A. Simontacchi [SBN 138948]<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>TELEPHONE NO.: 415 453 9999<br>E-MAIL ADDRESS *(Optional):*     FAX NO. *(Optional):* 415 453 6999<br>ATTORNEY FOR *(Name):* Plaintiff CV Anthony II, LLC | *FOR COURT USE ONLY* |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: P.O. Box 4988<br>CITY AND ZIP CODE: San Rafael, CA 94903<br>BRANCH NAME: Unlimited Jurisdiction | |
| PLAINTIFF: CV Anthony II, LLC, a California limited liability company<br><br>DEFENDANT: Doyle Heaton | |
| **WRIT OF ATTACHMENT**<br>☐ AFTER HEARING    ☑ EX PARTE | **CASE NUMBER:**<br>CIV 095267 |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Contra Costa

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* Doyle Heaton
    2960 Cherry Lane
    Walnut Creek, CA 94597

    and the attachment is to secure: $ 902,226.22

4. Name and address of plaintiff: CV ANTHONY II, LLC, a California limited liability company
    7533 Redwood Blvd.
    Novato, CA 94945

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
See attachment A

    ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

    a. Name: Doyle Heaton
    b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
    2960 Cherry Lane, Walnut Creek, CA 94597

7. ☐ The real property on which the
    ☐ crops described in item 5 __ are growing
    ☐ timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
    a. Name:
    b. Address:

[SEAL]

Date: OCT 20 2009    KIM TURNER Clerk, by _S. BOND_, Deputy

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003]
**WRIT OF ATTACHMENT**
(Attachment)
Code of Civ. Proc., § 488.010

EXHIBIT __D__
__3__ OF __6__

# ATTACHMENT A

(1) All real property including without limitation properties identified below
(2) All accounts receivable as defined in CCP §481.030
(3) All deposit accounts defined in CCP §481.080
(4) All documents of title as defined in CCP §481.090.
(5) All instruments as defined in CCP §481.117.
(6) All inventory as defined in CCP §481.120.
(7) All negotiable documents of title pursuant to CCP §487.010(c)(8)
(8) All securities as defined in CCP §481.210

## Real Properties

(1) 2960 Cherry Lane, Walnut Creek, CA 94597; APN:1481600169
(2) 8110 Locust Pl S, Dublin, CA 94568; APN: 941275405500
(3) 8172 Locust Pl S, Dublin, CA 94568; APN: 941275400300

**Real Estate Owned**

| | | Second Loans Allocated to Units | Total Loans Outstanding |
|---|---|---|---|
| Rental Property (2 units), Petaluma, CA | (a) | $950,000 | |
| Rental Property (4 units), Concord, CA | (b) | 1,400,000 | |
| Rental Property (2 units), Concord, CA | (c) | 800,000 | |
| Rental Property (4 units), Dublin, CA | (d) | 1,800,000 | |
| Rental Property (3 units), Dublin, CA | (e) | 1,240,000 | |
| Rental Property (4 units), Dublin, CA | (f) | 2,000,000 | |
| Rental Property (3 units), Petaluma, CA | (g) | 1,430,000 | |
| Tahoe Property, Truckee, CA | (h) | 550,000 | |
| Rental Property (2 units), Petaluma, CA | (i) | 1,080,000 | |
| Rental Property (3 units), Petaluma, CA | (j) | 1,290,000 | |
| Rental Property (7 units), Pleasant Hill, CA | (k)* | 4,150,000 | |
| Residence, Walnut Creek, CA | | 1,100,000 | |
| Residential Lot, Walnut Creek, CA | | 650,000 | |
| Mulberry Apartments, Concord, CA | | 500,000 | |
| Tahoe Property, Truckee, CA | (l) | 350,000 | |
| **Total Real Estate Owned** | | **$19,290,000** | |

| | AT-135 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Steven A. Simontacchi [SBN 138948]<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>TELEPHONE NO.: 415 453 9999    FAX NO. (Optional): 415 453 6999<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff CV Anthony II, LLC | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: P.O. Box 4988<br>CITY AND ZIP CODE: San Rafael, CA 94903<br>BRANCH NAME: Unlimited Jurisdiction | |
| PLAINTIFF: CV Anthony II, LLC, a California limited liability company<br>DEFENDANT: Doyle Heaton | |
| WRIT OF ATTACHMENT<br>☐ AFTER HEARING    ☑ EX PARTE | CASE NUMBER:<br>CIV 095267 |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Alameda  #09-60024

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Doyle Heaton
   2960 Cherry Lane
   Walnut Creek, CA 94597

   and the attachment is to secure: $ 902,226.22

4. Name and address of plaintiff: CV ANTHONY II, LLC, a California limited liability company
   7533 Redwood Blvd.
   Novato, CA 94945

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   See attachment A  #2, #3

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Mary Heaton
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
      2960 Cherry Lane, Walnut Creek, CA 94597

7. ☐ The real property on which the
      ☐ crops described in item 5 __ are growing
      ☐ timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date: OCT 2 2 2009    Clerk, by KIM TURNER, S. HENDRYX, Deputy

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003]

EXHIBIT D    WRIT OF ATTACHMENT (Attachment)

Code of Civ. Proc., § 488.010

Case: 10-40297   Doc# 53-6   Filed: 03/05/10   Entered: 03/05/10 14:23:40   Page 5 of 6

# EXHIBIT A

(1) 2960 Cherry Lane, Walnut Creek, CA 94597; APN:1481600169
(2) 8110 Locust Pl S, Dublin, CA 94568; APN: 941275405500
(3) 8172 Locust Pl S, Dublin, CA 94568; APN: 941275400300

---

Doyle Heaton
Sepember 30, 2008

Real Estate Owned

| | | | Second Loans Allocated to Units | Total Loans Outstanding |
|---|---|---|---|---|
| Rental Property (2 units), Petaluma, CA | (a) | $950,000 | | |
| Rental Property (4 units), Concord, CA | (b) | 1,400,000 | | |
| Rental Property (2 units), Concord, CA | (c) | 800,000 | | |
| Rental Property (4 units), Dublin, CA | (d) | 1,800,000 | | |
| Rental Property (3 units), Dublin, CA | (e) | 1,240,000 | | |
| Rental Property (4 units), Dublin, CA | (f) | 2,000,000 | | |
| Rental Property (3 units), Petaluma, CA | (g) | 1,430,000 | | |
| Tahoe Property, Truckee, CA | (h) | 550,000 | | |
| Rental Property (2 units), Petaluma, CA | (i) | 1,080,000 | | |
| Rental Property (3 units), Petaluma, CA | (j) | 1,290,000 | | |
| Rental Property (7 units), Pleasant Hill, CA | (k) | 4,150,000 | | |
| Residence, Walnut Creek, CA | | 1,100,000 | | |
| Residential Lot, Walnut Creek, CA | | 650,000 | | |
| Mulberry Apartments, Concord, CA | | 500,000 | | |
| Tahoe Property, Truckee, CA | (l) | 350,000 | | |

Total Real Estate Owned $19,290,000