| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and telephone #): | FOR COURT USE ONLY |
|---|---|
| Steven A. Simontacchi (415 453 9999)<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>STATE BAR NO: 138948<br>ATTORNEY FOR (Name): Plaintiff CV Anthony II, LLC | **FILED**<br>JAN 2 1 2010<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: S. Hendryx, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN<br>3501 Civic Center Drive<br>P.O. Box 4988<br>San Rafael, CA 94913-4988 | |
| PETITIONER/PLAINTIFF:<br>CV Anthony II, LLC, a California limited liability company<br>RESPONDENT/DEFENDANT:<br>Doyle Heaton, and DOES 1-50, inclusive | |
| AMENDMENT TO COMPLAINT | CASE NUMBER:<br>CIV 095267 |

## FICTITIOUS NAME (No Order Required)

**BY FAX**

Upon filing the complaint in this case, plaintiff(s) being ignorant of the true name of a defendant, designated such defendant in the complaint by the fictitious name of:

DOE 2

and having discovered the defendant's true name to be:

Delco Builders and Developers, Inc., a California corporation

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## INCORRECT NAME (Requires Order Thereon)

Plaintiff(s) having designated a defendant in the complaint by the incorrect name of:

_____

and having discovered the defendant's true name to be:

_____

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## ORDER

Proper cause appearing, the above Amendment to the Complaint is allowed.

Date: _____

_____
JUDGE OF THE SUPERIOR COURT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and telephone #): | FOR COURT USE ONLY |
|---|---|
| Steven A. Simontacchi (415 453 9999)<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>STATE BAR NO: 138948<br>ATTORNEY FOR (Name): Plaintiff CV Anthony II, LLC | FILED<br>JAN 2 1 2010<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: S. Hendrix Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN<br>3501 Civic Center Drive<br>P.O. Box 4988<br>San Rafael, CA 94913-4988 | |
| PETITIONER/PLAINTIFF:<br>CV Anthony II, LLC, a California limited liability company<br>RESPONDENT/DEFENDANT:<br>Doyle Heaton, and DOES 1-50, inclusive | |
| AMENDMENT TO COMPLAINT | CASE NUMBER:<br>CIV 095267 |

## FICTITIOUS NAME (No Order Required)

BY FAX

Upon filing the complaint in this case, plaintiff(s) being ignorant of the true name of a defendant, designated such defendant in the complaint by the fictitious name of:

DOE 1

and having discovered the defendant's true name to be:

Mardel LLC, a California limited liability company

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## INCORRECT NAME (Requires Order Thereon)

Plaintiff(s) having designated a defendant in the complaint by the incorrect name of:

_____

and having discovered the defendant's true name to be:

_____

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## ORDER

Proper cause appearing, the above Amendment to the Complaint is allowed.

Date: _____          _____
                                                JUDGE OF THE SUPERIOR COURT

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and telephone #): | FOR COURT USE ONLY |
|---|---|
| Steven A. Simontacchi  (415 453 9999)<br>Phillips, Downs & Simontacchi, LLP<br>55 Shaver Street, Suite 330, San Rafael, CA 94901<br>STATE BAR NO: 138948<br>ATTORNEY FOR (Name): Plaintiff CV Anthony II, LLC | **FILED**<br>JAN 2 1 2010<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: S. Hendryx, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN<br>3501 Civic Center Drive<br>P.O. Box 4988<br>San Rafael, CA 94913-4988 | |
| PETITIONER/PLAINTIFF:<br>CV Anthony II, LLC, a California limited liability company<br>RESPONDENT/DEFENDANT:<br>Doyle Heaton, and DOES 1-50, inclusive | |
| AMENDMENT TO COMPLAINT | CASE NUMBER:<br>CIV 095267 |

## FICTITIOUS NAME (No Order Required)

BY FAX

Upon filing the complaint in this case, plaintiff(s) being ignorant of the true name of a defendant, designated such defendant in the complaint by the fictitious name of:

**DOE 3**

and having discovered the defendant's true name to be:

**DRG Builders, Inc., a California corporation**

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## INCORRECT NAME (Requires Order Thereon)

Plaintiff(s) having designated a defendant in the complaint by the incorrect name of:

_____

and having discovered the defendant's true name to be:

_____

amend(s) the complaint by inserting such true name instead of such fictitious name wherever it appears in the complaint.

_____
ATTORNEY(S) FOR PLAINTIFF(S)

## ORDER

Proper cause appearing, the above Amendment to the Complaint is allowed.

Date: _____

_____
JUDGE OF THE SUPERIOR COURT