Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:dgrassgreen@pszjlaw.com
    mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and**<br>**MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297<br><br>Chapter 11<br><br>**NOTICE OF AMENDED ATTACHMENT 4A TO STATEMENT OF FINANCIAL AFFAIRS** |

**PLEASE TAKE NOTICE** that Doyle D. Heaton and Mary K. Heaton, a married couple (together, the "Debtors"), hereby amend Attachment 4a to the *Statement of Financial Affairs*, filed on January 25, 2010 (Docket No. 27), as reflected in **Exhibit A** attached hereto.

Dated: March 22, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

                                         By  */s/ Maxim B. Litvak*
                                             Maxim B. Litvak
                                             Attorneys for Debtors
                                             and Debtors in Possession

# EXHIBIT A

In re Doyle D. Heaton & Mary K. Heaton  
**Amended** Attachment 4a Statement of Financial Affairs  
Suits and Administrative Proceedings within 1 Year of Filing

Case No. 10-40297

| **Suit Name** | **Case #** | **Nature of Proceeding** | **Court & Location** | **Status** |
|---|---|---|---|---|
| Exchange Bank vs. Doyle D. Heaton | SW-246303, SCV-246303 | SCV 246303 Writ of Attachment; SW 246303 Breach of contract, money owed, foreclosure of security interest, and damages. | Superior Court of CA, County of Sonoma, 600 Administration Dr, Rm 107-J, Santa Rosa, CA 95403 | Active |
| Regal Financial Bank vs. Todd M. McKittrick and Lanya McKittrick, husband and wife, Doyle D. Heaton and Mary K. Heaton, husband and wife; Sean D. Heaton and Shannon M. Heaton, husband and wife | 09-2-33358-1 SEA | Complaint on commercial guaranties | Superior Court of Washington for King County 516 Third Ave. Seattle, WA 98103 | Active |
| CV Anthony, LLC vs. Doyle Heaton | CIV 095267 | Writ of Attachment, damages for breach of contract, fraud in the inducement, rescission, breach of fiduciary duty, conversion, constructive trust, and accounting. | Superior Court of CA, County of Marin, 3501 Civic Center Dr., PO Box 4988, San Rafael, CA 94903 | Active |
| CV Anthony, LLC vs. Doyle Heaton | CIV 085586 | Breach of contract | Superior Court of CA, County of Marin, 3501 Civic Center Dr., PO Box 4988, San Rafael, CA 94903 | Dismissed 1/20/09 |
| City National Bank, a national banking association vs. Doyle Heaton | C-09-03553 | Breach of contract | Superior Court of CA, Contra Costa County, 725 Court Street, PO Box 911, Martinez, CA 94553 | Active |
| URO Petaluma vs. Panattoni-Carlsen (Tenco) | 26-28938 | Structural defect claim | Sonoma County Superior Court | Active - to be dismissed |
| Gonsalves & Santucci, Doyle Heaton & Frank Capilla vs. Robert J. Nichols | 74 115 00356 09 MIJA | Arbitration for dissolution of Oak Brook Partners II LLC | American Arbitration Association | Pending |

B7 (Official Form 7) (12/07)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing amended statement of financial affairs and any attachments thereto and that they are true and correct.

Date  3/21/10        Signature  *Doyle D. Heaton*
                                Doyle D. Heaton
                                Debtor

Date  3/21/10        Signature  *Mary K. Heaton*
                                Mary K. Heaton
                                Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy