Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
         mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>　　　　　　　Debtors. | Case No.: 10-40297<br><br>Chapter 11<br><br>**DECLARATION OF RICK ROSENBAUM IN CONNECTION WITH ORDINARY COURSE PROFESSIONALS ORDER**<br><br>[No Hearing Required] |

I, Rick Rosenbaum declare as follows:

1.　　I am a consultant and am over the age of eighteen years. I make this declaration in connection with the *Order Authorizing Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business* (the "Order").

2.　　My address, telephone number, and facsimile number are: 3480 Burkirk Avenue #260, Pleasant Hill, CA 94523; phone (925) 942-2600; fax (925) 942-2610

3.　　Pursuant to the Order, the Debtors have employed me as a financial and data analysis consultant.

4.　　I have been employed by the Debtors since December 2009. I have been paid $4,320 for my services that were rendered to the Debtors prepetition, and am currently holding a retainer to

be applied against postpetition fees in the amount of $5,680 I have no prepetition claims against the Debtors or this estate.

5. I will have the primary responsibility for this engagement and have agreed to provide the necessary services to the Debtors at my customary hourly rate of $90. The Debtors have also agreed to reimburse me for my expenses incurred.

6. There are no arrangements between me and any other entity, for the sharing of compensation received or to be received in connection with the case.

7. I have reviewed the following list of names for conflict check purposes: (a) the Debtors, (b) the Debtors' secured creditors, as scheduled; and (c) the Debtors' unsecured creditors, as scheduled.

8. My investigation has not revealed any actual or potential conflicts of interest with respect to the matters for which I am to be employed. I do not represent any other entity having an adverse interest in connection with this chapter 11 case.

9. To the best of my knowledge, after conducting the investigation described above, I believe that I am eligible for employment by the Debtor pursuant to Bankruptcy Code section 327(e).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 1st day of April 2010, at Alameda County, California.

_____
Rick Rosenbaum