Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297 EDJ<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF DEBTORS FOR AUTHORITY TO AMEND DEED OF CERTAIN REAL PROPERTY HELD IN TRUST**<br><br>[Pursuant to B.L.R. 9014-1, no hearing unless opposition filed or hearing requested] |

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES REQUESTING NOTICE**

**PLEASE TAKE NOTICE** that on April 19, 2010, Doyle D. Heaton and Mary K. Heaton, a married couple (together, the "Debtors"), filed the *Motion of Debtors for Authority to Amend Deed of Certain Real Property Held in Trust* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any objection to or request for hearing on the Motion must be filed and served upon the Debtors within twenty-one (21) days of the mailing of this Notice. Any objection or request for hearing must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If there is no timely objection or request for hearing, the Court may grant the relief requested in the Motion by default. If an objection or

request for hearing is timely made, the Debtors will set the matter for hearing and will provide at least seven (7) days' written notice of the hearing to the objecting or requesting party.

Dated:   April 19, 2010              PACHULSKI STANG ZIEHL & JONES LLP

                                     By    */s/ Maxim B. Litvak*
                                           Maxim B. Litvak
                                           Attorneys for Debtors
                                           and Debtors in Possession