# EXHIBIT A

# EXHIBIT A

## DEVELOPMENT ENTITIES

Adobe Partners, LLC
Cherry Lane & Associates, Ltd.
Clover DHDA LLC
Corona Road Associates LLC
Delco Builders & Developers, Inc.
DG & H Developers LLC
HWR LLC
Mardel LLC
Oak Brook Partners II LLC
Sonoma-Napa Partners, LLC
Southgate Partners LLC
Walden Park Associates, LLC
Washington Associates, LLC
Windsor Lofts LLC