Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297 EDJ<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF DEBTORS FOR AN ORDER TO ESTIMATE THE GUARANTY CLAIMS SOLELY FOR PURPOSES OF VOTING ON DEBTORS' PROPOSED PLAN**<br><br>**Hearing Date:**<br><br>Date: June 3, 2010<br>Time: 2:30 p.m.<br>Place: Courtroom 215<br>1300 Clay Street<br>Oakland, CA 94612<br>Judge: Honorable Edward D. Jellen |

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES REQUESTING NOTICE**

**PLEASE TAKE NOTICE** that on May 6, 2010, Doyle D. Heaton and Mary K. Heaton, a married couple (together, the "Debtors"), filed the *Motion of Debtors for Order to Estimate the Guaranty Claims Solely for Purposes of Voting On the Debtors' Proposed Plan* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **June 3, 2010 at 2:30 p.m.** (the "Hearing") before the Honorable Edward D.

Case: 10-40297  Doc# 170  Filed: 05/06/10  Entered: 05/06/10 16:54:48  Page 1 of 2

NOTICE OF MOTION OF DEBTORS FOR AN ORDER TO ESTIMATE THE GUARANTY CLAIMS SOLELY FOR PURPOSES OF VOTING ON DEBTORS' PROPOSED PLAN

1

Jellen, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of California, Courtroom 215, 1300 Clay Street, Oakland, CA 94612501.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1, any objection to the Motion must be filed and served upon counsel for the Debtors by no later than fourteen (14) days prior to the Hearing. Any objection to the Motion must be accompanied by any declarations or memoranda of law that the objecting or requesting party wishes to present in support of its position. If there is no timely objection, the Court may grant the relief requested in the Motion by default without further notice or hearing.**

Dated: May 6, 2010　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　By　　*/s/ Maxim B. Litvak*
　　　　　　　　　　　　　　　　　　　　Maxim B. Litvak
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　　and Debtors in Possession

Case: 10-40297　Doc# 170　Filed: 05/06/10　Entered: 05/06/10 16:54:48　Page 2 of 2

NOTICE OF MOTION OF DEBTORS FOR AN ORDER TO ESTIMATE THE GUARANTY CLAIMS SOLELY FOR PURPOSES OF VOTING ON DEBTORS' PROPOSED PLAN