June 15, 2010

Maxim Litvak
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

✓CC: US Bankruptcy Court
Northern District of California Oakland Division
1300 Clay Street
Oakland, CA 94612

Case No. : 10-40297 EDJ Chapter 11.

Dear Mr. Litvak:

I would like to officially withdraw my claim against Doyle Heaton. My claim and objection was against Delco Builders & Developers and not Mr. Doyle Heaton. The claim has been satisfied, and as such I hereby withdraw my personal claim and plan objection against Doyle Heaton.

Regards,

*Joanne Svedeman*
Joanne Svedeman

FILED
JUN 16 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA