Entered on Docket
July 08, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 08, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297 EDJ<br><br>Chapter 11<br><br>**ORDER APPROVING SETTLEMENT AND COMPROMISE WITH ANTHONY AND ANGELA BILICH**<br><br>[No Hearing Required] |

The Court has considered the *Motion of Debtors Pursuant to Bankruptcy Rule 9019(a) for Approval of Settlement and Compromise with Anthony and Angela Bilich* (the "Motion").[1] It appears that due and sufficient notice of the Motion has been provided under the circumstances. It further appears that the relief requested in the Motion is reasonable and in the best interest of the estate. After due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted.

2.  Pursuant to Federal Rule of Bankruptcy Procedure 9019, the *Agreement and Release* (the "Agreement"), between the Debtors and Anthony and Angela Bilich (together, the "Lender"),

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

attached to the Motion as <u>Exhibit A</u>, is approved in its entirety. The Debtors are authorized and directed to enter into and to perform under the Agreement.

3. Upon consummation of the Agreement, the Lender shall have no claims against the Debtors arising under the Note or in any way relating thereto.

4. This Order is effective immediately. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

***END OF ORDER***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

Anthony Bilich
Preferred Financial
11 Crow Canyon Ct, Ste 100
San Ramon, CA 94583