Entered on Docket
January 20, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 20, 2011



_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

CHRISTOPHER M. MCDERMOTT (CA SBN 253411)
STEFANIE A. SCHIFF (CA SBN 265381)
ALEXIS BORNHOFT (CA SBN 270200)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIMORTGAGE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DOYLE D. HEATON AND MARY K. HEATON,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 10-40297<br><br>Chapter 11<br><br>R.S. No. EXC-127<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:  January 7, 2011<br>TIME:  10:00 AM<br>CTRM:  215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on January 7, 2011, at 10:00 AM, in Courtroom 215, upon the Motion of CitiMortgage, Inc. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Doyle D. Heaton and Mary K. Heaton ("Debtors") commonly known as 8211 Mulberry Place, Dublin, California 94568 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 304.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Doyle D. Heaton
3480 Buskirk Avenue
Suite 260
Pleasant Hill, CA 94523

Mary K. Heaton
3480 Buskirk Avenue
Suite 260
Pleasant Hill, CA 94523

Maxim B. Litvak
Pachulski, Stang, Ziehl and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500
Debtor Attorney

Robert J Nichols, Respondent
Matthew J Shier
Pinnacle Law Group
425 California Street FL 18
San Francisco, CA 94104
Counter-Claimant

Official Committee Of Unsecured Creditors
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
Creditor Committee

Michael H. Ahrens
Ori Katz
Robert Sahyan
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
Attorneys to the Creditor Committee

Heritage Bank
300 Main Street
Pleasanton, CA 94566

AICCO, Inc.
101 Hudson Street
Jersey City, NJ 07302

| | |
|---|---|
| 1 | American Motorists Insurance Company |
| 2 | c/o Jenkins Athens<br>2552 Stanwell Drive |
| 3 | Concord, CA 94520 |
| 4 | Bank of Marin<br>504 Redwood Blvd. |
| 5 | Suite 100<br>Novato, CA 94947 |
| 6 | |
| 7 | CBIC<br>P.O. Box 9271<br>Seattle, WA 98109 |
| 8 | |
| 9 | Central Pacific Bank<br>1420 Rocky Ridge Drive<br>Suite 250 |
| 10 | Roseville, CA 95661 |
| 11 | City National Bank<br>10801 West Charleston Blvd. Suite 250 |
| 12 | Las Vegas, NV 89135 |
| 13 | CV Anthony II, LLC<br>2 Ranch Road |
| 14 | Novato, CA 94945 |
| 15 | Donna Goldberg<br>8123 Brittany Drive |
| 16 | Dublin, CA 94568 |
| 17 | Exchange Bank<br>545 Fourth Street |
| 18 | Santa Rosa, CA 95401 |
| 19 | First Republic Bank<br>1400 Civic Drive |
| 20 | Walnut Creek, CA 94596 |
| 21 | Foundation Bank<br>1110 N.E. 112th Ave. |
| 22 | Suite 200<br>Bellevue, WA 98004 |
| 23 | |
| 24 | Gonsalves and Santucci, Inc<br>5141 Commercial Circle<br>Concord, CA 94520 |
| 25 | |
| 26 | Home Street Bank<br>2000 Two Union Square<br>601 Union Street |
| 27 | Seattle, WA 98101 |

| 1 | Jan Berkompas |
|---|---|
|   | 1065 Gill Port Lane |
| 2 | Walnut Creek, CA 94598 |
| 3 | John & Andrea Barella |
|   | 431 Payran Street |
| 4 | Petaluma, CA 94953 |
| 5 | Meadow Creek Group, LLC |
|   | 1500 Willow Pass Court |
| 6 | Concord, CA 94520 |
| 7 | Mechanics Bank |
|   | 1333 N. California Blvd. Suite 600 |
| 8 | Walnut Creek, CA 94596 |
| 9 | Michael J. Goldfarb |
|   | Enterprises, LLC |
| 10 | 600 University Street |
|   | Suite 2912 |
| 11 | Seattle, WA 98101 |
| 12 | Regal Bank |
|   | 10655 N.E. 4th Street |
| 13 | Suite 800 |
|   | Bellevue, WA 98004 |
| 14 |   |
|   | Wells Fargo Bank |
| 15 | 600 California Street |
|   | San Francisco, CA 94108 |