Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
        mlitvak@pszjlaw.com

Minna C. Yang (CA Bar No. 187599)
Jordan A. Lui (CA Bar No. 267876)
WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone: 916/920-5286
Facsimile: 916/920-8608
Email: myang@wkblaw.com
       jlui@wkblaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 10-40297 |
| **DOYLE D. HEATON and MARY K. HEATON,** | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
CITY OF SAN FRANCISCO    )

I, Emma Fitzgerald, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California  94111-4500.

On June 4, 2013, I caused to be served the

**DEBTORS' OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [CLAIM NO.  58-1] AND MOTION FOR AN ORDER DETERMINING CERTAIN TAX LIABILITY OF THE ESTATE PURSUANT TO SECTION 505(a) OF THE BANKRUPTCY CODE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [CLAIM NO. 58-1] AND MOTION OF DEBTORS FOR AN ORDER DETERMINING CERTAIN TAX LIABILITY OF THE ESTATE PURSUANT TO SECTION 505(A) OF THE BANKRUPTCY CODE**

**DECLARATION OF DOYLE D. HEATON IN SUPPORT OF OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [CLAIM NO. 58-1] AND MOTION OF DEBTORS FOR AN ORDER DETERMINING CERTAIN TAX LIABILITY OF THE ESTATE PURSUANT TO SECTION 505(a) OF THE BANKRUPTCY CODE**

**NOTICE OF OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [CLAIM NO. 58-1] AND MOTION OF DEBTORS FOR AN ORDER DETERMINING CERTAIN TAX LIABILITY OF THE ESTATE PURSUANT TO SECTION 505(a) OF THE BANKRUPTCY CODE**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see the attached service list.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on June 4, 2013 at San Francisco, California.

*/s/ Emma Fitzgerald*
Emma Fitzgerald

DOCS_SF:787492.2 85604-005

| Debtors | **VIA EMAIL** | **VIA EMAIL** |
|---|---|---|
| Doyle D. & Mary K. Heaton<br>3480 Buskirk Avenue<br>Suite 260<br>Pleasant Hill, CA 94523 | **Office of the US Trustee**<br>1301 Clay Street<br>Suite 690N<br>Oakland, CA 94612-5217<br>USTPRegion17.OA.ECF@usdoj.gov;<br>ltroxas@hotmail.com;<br>maggie.mcgee@usdoj.gov;<br>minnie.loo@usdoj.gov | **Attorneys for the Plan Committee**<br>Michael H. Ahrens<br>Ori Katz<br>Robert K. Sahyan<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Fl.<br>San Francisco, CA  94111-4109<br>mahrens@sheppardmullin.com<br>okatz@sheppardmullin.com<br>rsahyan@sheppardmullin.com |
| Secretary of the Treasury<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220 | United States Attorney<br>Civil Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3400 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Ms. Ricca Castanon<br>Revenue Agent<br>Internal Revenue Service<br>1301 Clay Street, MS 990S<br>Oakland, CA  94612 | Ms. Dana Brown<br>Bankruptcy Specialist<br>Internal Revenue Service<br>1301 Clay Street, MS 1400S<br>Oakland, CA  94612 | Ms. Emmie Reed<br>Internal Revenue Service<br>Appeals Office<br>100 First Street, Ste. 2000<br>San Francisco, CA  94105 |

| PLAN COMMITTEE | | |
|---|---|---|
| John Barella<br>496 Jasmine Lane<br>Petaluma, CA 94592 | **VIA EMAIL**<br>Dan Morgan<br>2 Ranch Drive<br>Novato, CA 94945<br>dan@gfcgroup.net | **VIA EMAIL**<br>Dave Sanson<br>1500 Willow Pass Court<br>Concord, CA 94520<br>dsanson@denovahomes.com |

| INTERESTED PARTIES | | |
|---|---|---|
| Attorneys for Wells Fargo Bank<br>John H. Wunsch<br>Office of the General Counsel<br>Wells Fargo & Company<br>21680 Gateway Center Drive, Suite 280<br>Diamond Bar, CA  91765-2435 | America's Servicing Company<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA  30076 | Attorneys for Americas Servicing Company and Citimortgage, Inc.<br>Melodie A. Whitson<br>Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA  92177-0933 |
| Attorneys for Wells Fargo Bank, NA dba Americas Servicing Company<br>Matthew R. Clark<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | **VIA EMAIL**<br>Attorneys for Bank of America, N.A.<br>Scott H. Olson<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>solson@seyfarth.com | **VIA EMAIL**<br>Attorneys for Bank of America, N.A.<br>Morgan T. Jones<br>Robert J. Wood<br>Seyfarth Shaw LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428<br>mtjones@seyfarth.com |
| JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | **VIA EMAIL**<br>Lillian G. Stenfeldt<br>Robert S. Gebhard<br>Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>lillian.stenfeldt@sedgwicklaw.com<br>robert.gebhard@sedgwicklaw.com | **VIA EMAIL**<br>Attorneys for Creditor Exchange Bank<br>Bryan D. Coryell<br>Abbey, Weitzenberg, Warren & Emery<br>PO Box 1566<br>Santa Rosa, CA 95402-1566<br>bcoryell@abbeylaw.com |