MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Fax:          (415) 436-7009

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

DOYLE D. HEATON and
MARY K. HEATON,

          Debtors.

Case No. 10-40297 MEH
Chapter 11

RESPONSE TO OBJECTION TO CLAIM

The above named debtors have filed an Objection to Claim No. 58-1 filed by the Internal Revenue Service for unpaid federal taxes. The United States requests that its agency be given an opportunity to resolve the Objection informally if possible, and that a hearing be set in this matter only after parties have exchanged information to determine the facts underlying the Objection. The United States will supplement this response prior to hearing.

                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division