1  Debra I. Grassgreen (CA Bar No. 169978)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California  94111-4500
   Telephone: 415/263-7000
4  Facsimile:  415/263-7010
   E-mail: dgrassgreen@pszjlaw.com
5          mlitvak@pszjlaw.com

6  Minna C. Yang  (CA Bar No. 187599)
   Jordan A. Lui (CA Bar No. 267876)
7  WAGNER KIRKMAN BLAINE
   KLOMPARENS & YOUMANS LLP
8  10640 Mather Blvd., Suite 200
   Mather, California 95655
9  Telephone: 916/920-5286
   Facsimile:  916/920-8608
10 Email: myang@wkblaw.com
          jlui@wkblaw.com
11
   Attorneys for Debtors

The following constitutes
the order of the court. Signed July 17, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**DOYLE D. HEATON and<br>MARY K. HEATON,**<br><br>Debtors. | Case No.: 10-40297 MEH<br><br>Chapter 11<br><br>**SCHEDULING ORDER REGARDING THE DEBTORS' OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [CLAIM NO. 58-1] AND MOTION FOR AN ORDER DETERMINING CERTAIN TAX LIABILITY OF THE ESTATE PURSUANT TO SECTION 505(a) OF THE BANKRUPTCY CODE** |

**THE MATTER** of the *Debtors' Objection to Claim of Internal Revenue Service [Claim No. 58-1] and Motion for an Order Determining Certain Tax Liability Pursuant to Section 505(a) of the Bankruptcy Code* ("Objection and Motion") came before the Court for a status conference on July 11, 2013 at 10:30 a.m.  Debra I. Grassgreen of Pachulski Stang Ziehl & Jones LLP appeared on behalf of Doyle D. Heaton and Mary K. Heaton (the "Debtors"); Cynthia Stier, Assistant United States Attorney, appeared by telephone and Andrew Moore appeared personally on behalf of the

DOCS_SF:83944.1 35604/003
SCHEDULING ORDER REGARDING THE DEBTORS' OBJECTION TO IRS CLAIM AND MOTION TO DETERMINE TAX LIABILITY
1

Case: 10-40297    Doc# 390    Filed: 07/17/13    Entered: 07/17/13 11:05:45    Page 1 of 3

Internal Revenue Service ("IRS").

Based on the Court's review of the *Stipulated Scheduling Order Regarding the Debtors' Objection to Claim of Internal Revenue Service, Etc.* [Dkt. No. 386] ("Stipulated Scheduling Order"), and for reasons set forth on the record,

**IT IS HEREBY ORDERED:**

1. The Stipulated Scheduling Order is approved, including all procedures and deadlines therein.

2. A pre-trial conference regarding the Objection and Motion is scheduled on **December 4, 2013 at 10:00 a.m.**

3. A one-day trial on the Objection and Motion is scheduled on **December 10, 2013 at 9:30 a.m.**

Approved as to form:

UNITED STATES ATTORNEY

By: */s/ Cynthia Stier*
    Cynthia Stier
    Assistant United States Attorney
    Tax Division

**END OF ORDER**

## COURT SERVICE LIST

ECF Recipients